UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 2 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MANUEL A. GERONIMO R20893-038
P O box 879 Petitioner,
Ayer, MA 01432
Vs.

EXECUTIVE OFFICE For UNITED
STATES ATTORNEYS,
             Respondent,

CASE NUMBER 1:05CV01057

JUDGE: John D. Bates

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 05/26/2005

## PETITION FOR WRIT OF MANDAMUS

**NOW COMES** THE PETITIONER, Manuel A. Geronimo, acting pro-se to humbly petition this Honorable Court for a writ of Mandamus directing the Respondent namely, ("EXECUTIVE Office for United States attorneys."), a.k.a. "E.O.U.S.A.," to provide the Petitioner with ("Any and all information pertaining to him both directly and indirectly in their files from 1999 to present, including lab reports including but not limited to criminal case number 00-10013 (RGS), out of the District of Massachusetts.") See: Attached FOIA/PA Follow-up letters and E.O.U.S.A latest reply, **Exhibits A,B,C,D.**

The initial request for information was mailed on February 2003, and received by the above Respondent via certified United States Mail and returned receipt on February 12, 2003. The Petitioner states the following in support of the motion:

**RECEIVED**
APR 21 2005
NANCY MAYER WHITTINGTON, CLERK

**RECEIVED**
MAY 0 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## FACTS AND TRAVEL

On February 2003, the Petitioner mailed an FOIA/PA request to the Executive Office for United states Attorneys, this request stated the following:

"...I am requesting any and all information pertaining to me both directly and indirectly in your files from 1999 to present, including lab reports including but not limited to criminal case number 00-10013 (RGS), out of the District of Massachusetts."

On February 2003, the Petitioner housed at FMC Devens located in Ayer, Massachusetts received a letter from Respondent which acknowledge receipt of his request.

On or about specific dates in 2003 and 2004 and 2005 there were many follow-up letters from Petitioner to Respondent concerning the actual status of his initial FOIA, to no avail. Petitioner after being ignore by respondent sent another follow-up dated November 21, 2004. See: **Exhibit A**, which stated:

"I am requesting any and all documents, pleadings, papers and the entire file available to me in the case of United States v Manuel Geronimo, Case No. 00-10013 (RGS). I filed in 2002 and you sent me papers that have been lost by BOP Officials. I don't have the FOIA case number in this file because that was in the papers that were lost.

The Petitioner asserts that he cannot accurately cite the record due to the fact that back on 2004 Petitioner's documents were lost by **BOP** officials. Petitioner argues that after those documents were lost by BOP officials he did not received his

2

FOIA request number 03-1038 again until his follow-up letter **Exhibit A**, dated November 21, 2004 was answered by Respondent **Exhibit B,** dated January 31, 2005.

On January 31, 2005, the Respondent sent a reply letter to Petitioner **Exhibit B**, which stated:

**"A search for the records located in the United States Attorney's Office(s) for the District of Maine has revealed no records. This is the final action my office will take on this particular request."**

After that Petitioner sent a follow-up letter on February 14, 2005 regarding **Exhibit B**, such letter to this date has not been answered by Respondent **Exhibit C**, in which Petitioner told Respondent that:

**"I am a little confused because I have never requested any records located in the United States Attorneys office for the District of Maine. My request that was sent to you between August 2000 and February 12, 2003 conserned information regarding records located in the District of Massachusetts under U.S v Mauel Geronimo. Criminal No. 00-10013(RGS)(Boston Devision). If you could please clarify your January 31, 2005 letter it would be greatly appreciated."**

Petitioner's initial request and all the follow-up letters he have sent to Respondent have clearly stated that the requested documents were for the District of Massachusetts.

The Petitioner after being ignored by Respondent sent another follow-up letter dated March 29, 2005, a reply to which to date has not been answered by the Respondent, concerning the previous letter dated February 14, 2005 and reminding them in this correspondence, that my initial request was made over two

3

(2) years ago. I then proceeded to let them know my intentions to pursue Judicial review of my asserted and diligent request for these documents, from the united States District court. See follow-up letter **Exhibit D**.

The Petitioner without any further administrative avenues at his disposal filed this pleading with this Honorable Court.

## ARGUMENT IN SUPPORT

Title 5 U.S.C.A.§ 552 & 552a, known as the Freedom of Information Act, ("F.O.I.A."), mandates a maximum of twenty – days (20) in which a agency must either fulfill or deny an individual requester's FOIA/PA request.

To date, it is far in excess of the specified time and the Petitioner has in fact exhausted all administrative appeals. It has been well over two (2) years since the Petitioner's initial request, which was made on February 2003.

Moreover, Title 5 U.S.C.A. § 552 (a)(6)(c) states: "An agency's failure to comply with the time limits for either the initial request or administrative appeal may be treated as a 'constructive exhaustion' of administrative remedies, and the requester may now immediately seek judicial review..."

In furtherance, the United States Supreme Court has held that: "in order for mandamus to be issued by the district court,

4

a Plaintiff/Petitioner must allege that an officer of the Government owes him a legal duty, which is a specific plain ministerial act devoid of the exercise of judgment or discretion. An act is ministerial only when its performance is positively commanded and so plainly prescribed as to be free from doubt." See: Heckler vs. Ringer, 466 U.S. 602 at 616 (1984).

When an agency has timely responded to an FOIA request, the FOIA and Privacy Act require the exhaustion of administrative remedies prior to judicial review, which occurred in this case. See: Oglesby vs. Dep't of the Army, 920 F.2d 57 (D.C. Cir 1990).

Lastly, the Petitioner's asserts that he has shown due diligence and that the release of the requested documents has not materialized because of Government bad faith.

## CONCLUSION

Wherefore, for all the valid reasons listed within and facts stated in support, with attachments, this Honorable Court should issue a writ of mandamus in the above action. This writ of mandamus should order the Respondent to comply with the law as outlined in Title 5 U.S.C.A. § 552 & 555a, within thirty (30) days. If this Honorable Court is reluctant to issue a writ of mandamus in the above action, the Petitioner humbly requests

that this entire motion be construed as a complaint pursuant to Title 5 U.S.C.A. § 552 & 555a, against Respondent.

Respectfully presented,

4-18- 05
Dated

Manuel A. Geronimo, Pro-se.

### CERTIFICATE OF SERVICE

I, Manuel A. Geronimo, do hereby affirm and attest that a true copy of the forgoing was mailed on this date by certified returned-receipt U.S. Mail to the FOIA/Privacy Act Officer Executive Officer for United States Attorneys BICN BLDG. Room 7300 600 E. Street, N,W.,Washington, D.C. 20530.

Manuel A. Geronimo,
Pro-se Litigant
Reg. No. 22893-038
FMC Devens, P.O. Box 879
Ayer,Massachusetts 01432

March 29, 2005

Manuel A. Geronimo
Register # 22893-038
FMC Devens. P.O. Box 879
Ayer. MA. 01432

U.S. Department of Justice
EOUSA/FOIA/Privacy Act Unit
BICN BLDG. Room 7300
600 E ST, N.W.
Washington, D.C. 20530

RE: FOIA Request No.03-1038, Follow-up

Dear Sir or Madam:

    I am sending you this letter as a follow-up of a previous letter I sent to you via Certified Mail on February 14, 2005 regarding a FOIA/Request that was made back in February 12, 2003 in which I asked for my entire case agent file including lab reports criminal case No. 00-10013(RGS) for the District of Massachusetts (Boston Division). To date, it has been over two (2) years since I made my original request and I have neither received the documents I asked for, nor have my request been denied in order for me to seek review from the U.S District Court.

    Here I am enclosing a copy of the last reply that I got from your office in which it states that "the records that I requested could not be located in the District of Maine" even though my request was specifically for the District of Massachusetts and not Maine.

    If you could please send me the documents I requested concerning my criminal case mention above, for the District of Massachusetts (Boston Division).

    I do most sincerely thank you in advance for your time and assistance in these regards.

Sincerely,

[signature]

Cc:MG/me

EXHIBIT "D"

FILED
MAY 2 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1056

Manuel Geronimo
Reg. No. 22893-038
FMC Devens
P.O. Box 879
Ayer, MA 01432-0879

November 21, 2004

BY CERTIFIED MAIL

Exexutive Office for U.S. Attroneys
EOUSA/FOIA/PA UNIT
BICN BLDG., RM. 7300
600 E. Street, N.W.
Washington, DC 20530

    Re: FOIA Request; Case No, Crim. No. 00-10013(RGS)

Dear Sirs:

    I am requesting any and all documents, pleadings, papers and the entire file available to me in the case of United States v. Manuel Geronimo, Case No.: 0010013 (RGS).

    I filed in 2002 and you sent me papers that have been lost by BOP Oficials. I don't have the FOIA case number in this file because that was in the papers that were lost.

    Will you kindly send me any copies of papers you have already sent and let me know the status and progress of this FOIA request.

Respectfully submitted,

Manuel Geronimo

c: file

EXHIBIT "A"

FILED
MAY 26 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1056

U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757  Fax 202-616-6478

JAN 3 1 2005

Request Number: __03-1038__                Date of Receipt: __February 12, 2003__

Requester: __Manuel A. Geronimo__

Subject: __Self / DMA__

Dear Requester:

In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1. [ ]  A search for records located in this office has revealed no records.

2. [X]  A search for records located in the United States Attorney's Office(s) for the District of Maine has revealed no records.

3. [ ]  The records which you have requested cannot be located.

4. [ ]  This office is continuing its work on the other subject/districts mentioned in your request.

5. [X]  This is the final action my office will take on this particular request.

You may appeal my decision in this matter by writing within sixty (60) days, to:

> Office of Information and Privacy
> United States Department of Justice
> Flag Building, Suite 570
> Washington, D.C. 20530

Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records, if any, are located; or in the District of Columbia.

Sincerely,

Marie A. O'Rourke
Assistant Director

**FILED**

MAY 2 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT "B"

Form No. 005 - 11/02

05 1056

February 14, 2005

Manuel A. Geronimo
Register # 22893-038
FMC Devens. P.O. Box 879
Ayer, MA. 01432.

U.S. Department of Justice
EOUSA/FOIA/Privacy Act Unit
BICN BLDG. Room 7300
600 E ST, N.W.
Washington, D.C. 20530

RE: **Follow-up** of Initial 2002 or 20003 FOIA/PA Request and letter

Dear Sir or Madam:

    I am sending you this letter as a **follow-up** of a FOIA/PA request that I made to you concerning any and all files and documents relate to **U.S v. Manuel Geronimo, Criminal No. 00-10013 (RGS) (District of Massachusetts, Boston Division)**. If you could please clarify you January 31, 2005 letter it would be greatly appreciated.
    I have not heard anything from you in regards to my inquiry for records made back in 2002 or 2003. I send you a **follow-up** letter on November 21, 2004 (**Copy attached**) and to date I still have not heard from you. If you could please send me copies of any and all correspondences that you may have mailed to me as well as provide me with the information addressed above. I would be greatly appreciated. Thank you in advance for you time and assistance in these regard.

Sincerely,

Manuel Geronimo

Cc: MG/me

**FILED**

MAY 2 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT "C"

05 1056

March 29, 2005

Manuel A. Geronimo
Register # 22893-038
FMC Devens. P.O. Box 879
Ayer. MA. 01432

U.S. Department of Justice
EOUSA/FOIA/Privacy Act Unit
BICN BLDG. Room 7300
600 E ST, N.W.
Washington, D.C. 20530

RE: FOIA Request No.03-1038, Follow-up

Dear Sir or Madam:

I am sending you this letter as a follow-up of a previous letter I sent to you via Certified Mail on February 14, 2005 regarding a FOIA/Request that was made back in February 12, 2003 in which I asked for my entire case agent file including lab reports criminal case No. 00-10013(RGS) for the District of Massachusetts (Boston Division). To date, it has been over two (2) years since I made my original request and I have neither received the documents I asked for, nor have my request been denied in order for me to seek review from the U.S District Court.

Here I am enclosing a copy of the last reply that I got from your office in which it states that "the records that I requested could not be located in the District of Maine" even though my request was specifically for the District of Massachusetts and not Maine.

If you could please send me the documents I requested concerning my criminal case mention above, for the District of Massachusetts (Boston Division).

I do most sincerely thank you in advance for your time and assistance in these regards.

Sincerely,

Cc:MG/me

EXHIBIT "D"

FILED
MAY 2 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1056