## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MANUEL A. GERONIMO | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | |
| Vs. | ) | Civil Action No.    05-01057 (JDB) |
| | ) | |
| | ) | |
| EXECUTIVE OFFICE For UNITED | ) | |
| STATES ATTORNEYS, | ) | |
| Respondent, | ) | |
| _____ | ) | |

### ANSWER

Defendant Executive Office for the United States Attorneys ("EOUSA"), by and through undersigned counsel, answers Plaintiff's Petition for Writ of Mandamus as follows:

### FIRST DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND DEFENSE

_____The Court lacks subject matter jurisdiction, because no records were improperly withheld.

### THIRD DEFENSE

_____Plaintiff has failed to exhaust his administrative remedies due to the fact that he failed to file an administrative appeal prior to filing his complaint.

### FOURTH DEFENSE

In response to the unnumbered paragraphs of plaintiff's petition for writ of mandamus, defendant states as follows:

1

## PAGE ONE

Paragraph One: The allegations contained in the first unnumbered paragraph on page one of the petition constitute a characterization of plaintiff's action and the relief sought, to which no response is required.  To the extent that a response is required, Defendant admits only that Plaintiff is seeking judicial review regarding records allegedly maintained by the U.S. Attorney's Office for the District of Massachusetts.  Defendant avers that Plaintiff's Exhibits A-D constitute the best evidence as to their respective contents.

Paragraph Two:  Defendant admits only to the extent that Plaintiff sent a request letter to EOUSA dated February 3, 2004, which EOUSA received February 12, 2003.  Any allegation inconsistent with the foregoing is denied.

## PAGE TWO

Paragraph One: Defendant admits these allegations and avers that the letter is the best evidence of its contents.

Paragraph Two: Defendant admits that  EOUSA acknowledged the receipt of the letter in February 2003.

Paragraph Three: Defendant admits only to the extent that there were communications between Plaintiff and EOUSA from 2003-2005.  Defendant denies the remainder of the first sentence and denies the allegation in the second sentence that EOUSA ignored correspondences. Defendant admits that Plaintiff sent a letter dated November 21, 2004, and avers that Plaintiff's Exhibit A is the best evidence of its contents.  The Court is referred to the full text for an accurate statement of its contents.

2

<u>Paragraph Four</u>: Defendant lacks sufficient knowledge or information to form a belief as to the truth of these allegations and so denies.  Defendant avers that Plaintiff's Exhibit B is the best evidence of its content.  The Court is referred to the full text for an accurate statement of its contents.

## **PAGE THREE**

<u>Paragraph One</u>: Defendant admits to the extent that EOUSA sent a letter dated January 31, 2005, but avers that Plaintiff's Exhibit B is the best evidence of its content.  Defendant avers that Plaintiff's Exhibit B also contains the following information: "Subject: Self/DMA" which indicates the U.S. Attorney's Office for the District of Massachusetts (DMA).  EOUSA avers that the search was in fact performed by the U.S. Attorney's Office for the District of Massachusetts, not the U.S. Attorney's Office for the District of Maine.  Defendant further avers that there was a a typographical error in Exhibit B.  A corrected letter to Plaintiff is attached as Defendant's Exhibit A to this Answer.  The Court is referred to the full text of these exhibits for accurate statements of their contents.

<u>Paragraph Two</u>: Defendant admits to the extent that Plaintiff sent a letter dated February 14, 2005, and avers that Plaintiff's Exhibit C is the best evidence of its content.  The Court is referred to the full text for an accurate statement of its contents.

<u>Paragraph Three</u>: Defendant admits only to the extent that the correspondence in Plaintiff's exhibits concern the U.S. Attorney's Office for the District of Massachusetts.

<u>Paragraph Four</u>: Defendant admits only to the extent that Plaintiff sent a letter dated March 29, 2005, the response to which is attached as Defendant's Exhibit A.  Defendant avers

that Plaintiff's Exhibit D is the best evidence of its contents.  The Court is referred to the full text for an accurate statement of its contents.

## PAGE FOUR

Paragraph One: Defendant admits that Plaintiff has filed this action in District Court. Defendant denies that plaintiff has exhausted his administrative remedies.

Paragraph Two: Paragraph Two contains legal conclusions and not averments of fact and thus no answer is required.  To the extent that an answer is required, Defendant denies.

Paragraph Three: Defendant denies that Plaintiff has exhausted all legal remedies, and admits that Plaintiff's initial request was made in February 2003.

Paragraph Four: Paragraph Four contains legal conclusions and not averments of fact and thus no answer is required.  To the extent that an answer is required, Defendant denies.

Paragraph Five: Paragraph Five contains legal conclusions and not averments of fact and thus no answer is required.  To the extent that an answer is required, Defendant denies.

## PAGE FIVE

Paragraph One: Paragraph One contains legal conclusions and not averments of fact and thus no answer is required.  To the extent that an answer is required, Defendant denies.

Paragraph Two: Paragraph Two contains legal conclusions and not averments of fact and thus no answer is required.  To the extent that an answer is required, Defendant denies.

Paragraph Three: Paragraph Three constitutes Plaintiff's Prayer for Relief, to which no response is necessary, but to the extent required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief.

Respectfully submitted,

_____

KENNETH L. WAINSTEIN D.C. Bar # 451058
United States Attorney

_____

R. CRAIG LAWRENCE, D.C.  BAR #171538
Assistant United States Attorney

_____

RHONDA C. FIELDS
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970

5

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of July, 2005, a copy of the foregoing Answer was mailed first class postage prepaid  to  the defendant pro se

Manuel A. Geronimo
R22893-038
MCI Devens
PO Box 879
Ayer, MA 01432.


_____
Rhonda C. Fields
Assistant United States Attorney



**U.S. Department of Justice**

# CORRECTED

*DATE CLOSED: JAN. 31, 2005*

JUN 28 2005

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757   Fax 202-616-6478*

---

Request Number: <u>03-1038</u>          Date of Receipt: <u>February 12, 2003</u>

Requester: <u>Manuel A. Geronimo</u>

Subject: <u>Self/District of Massachusetts</u>
         <u>U.S. v. Manuel Geronimo #1:00CR10013-00</u>

Dear Requester:

    In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1. [  ]   A search for records located in this office has revealed no records.

2.* [ x]  A search for records located in the United States Attorney's Office(s) for the **DISTRICT OF MASSACHUSETTS** has revealed no records responsive to your request for your "case agent's entire file pertaining either directly or indirectly to me."

3. [  ]   The records which you have requested cannot be located.

4. [  ]   This office is continuing its work on the other subject/districts mentioned in your request.

5. [x ]   This is the final action my office will take on this particular request.

    You may appeal my decision in this matter by writing within sixty (60) days, to:

                Office of Information and Privacy
                United States Department of Justice
                    Flag Building, Suite 570
                    Washington, D.C.  20530

    Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

    After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records, if any, are located; or in the District of Columbia.

                                        Sincerely,

                                        Marie A. O'Rourke
                                        Assistant Director

**\*NOTE:** Please be advised that the USAO/DMA located court-filed public records of approximately 3500 pages. Approximately 1500 pages are trial transcripts, 1000 pages appeal transcripts, and 1000 pages of other appeal materials. These pages are available to you at the cost of ten cents per page after the first 100 pages, which are free. If you wish to obtain any or all of these please write to us specifically requesting which records you are seeking.          Form No. 005 - 11/02