UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Manuel A. Geronimo,<br><br>    Plaintiff,<br><br>        v.<br><br>Executive Office for United States Attorneys,<br><br>    Defendant. | Civil Action No. 05-1057 (JDB) |

ORDER

This matter is before the Court on defendant's answer to plaintiff's complaint. Plaintiff seeks the release of information pursuant to the Freedom of Information Act, 5 U.S.C. § 552. The requirements of Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f) are inapplicable. See Local Civil Rule 16.3 (b)(9). The Court has reviewed the complaint and the answer. In the answer, defendant raises grounds for dismissal, but it has not filed a dispositive motion or stated its intention to do so. Accordingly, it is

ORDERED that defendant shall file a dispositive motion or a proposed briefing schedule by August 1, 2005.

                                              JOHN D. BATES
                                        United States District Judge

Dated: July 7, 2005

Paper Copy to:

Manuel A. Geronimo
R 22893-038
Devens Federal Medical Center
P. O. Box 879
Ayer, MA 01432