UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL A. GERONIMO<br>        Petitioner,<br><br>Vs.<br><br>EXECUTIVE OFFICE For UNITED<br>STATES ATTORNEYS,<br>        Respondent, | Civil Action No.   05-01057 (JDB) |

**NOTICE OF FILING PROPOSED SCHEDULING ORDER**

Pursuant to the Court's Order dated July 7, 2005, the defendant files the attached proposed scheduling order incorporating additional time in which to file a dispositive motion and to respond to plaintiff's motion for summary judgment, due to the need for a further search to be conducted for responsive documents.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN D.C. Bar # 451058
United States Attorney


_____
 R. CRAIG LAWRENCE, D.C.  BAR #171538
Assistant United States Attorney


_____
RHONDA C. FIELDS
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 1st day of August, 2005, a copy of the foregoing Notice and proposed scheduling order was mailed first class postage prepaid to the defendant pro se

Manuel A. Geronimo
R22893-038
MCI Devens
PO Box 879
Ayer, MA 01432.

 

Rhonda C. Fields
Assistant United States Attorney