## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MANUEL A. GERONIMO )<br>        Petitioner, )<br>)<br>)<br>vs. )<br>)<br>)<br>EXECUTIVE OFFICE FOR UNITED )<br>STATES ATTORNEYS, )<br>        Respondent, )<br>_____ ) | Civil Action No.   05-01057 (JDB) | |

### SCHEDULING ORDER

It is hereby ORDERED that:

1. The defendant shall file its dispositive motion and response to plaintiff's motion for summary judgement on or before September 30, 2003;

2. Within 30 days of receipt of defendant's dispositive motion and response to plaintiff's motion for summary judgment, plaintiff shall file his response and reply, if any;

3. Within 15 days of receipt of plaintiff's response to defendant's dispositive motion, the defendant shall file its reply, if any.

Date: _____

                                             UNITED STATES DISTRICT JUDGE