UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MANUEL A. GERONIMO )<br>        Petitioner, )<br>)<br>)<br>vs. )<br>)<br>)<br>EXECUTIVE OFFICE For UNITED )<br>STATES ATTORNEYS, )<br>        Respondent, )<br>_____) | Civil Action No. | 05-01057 (JDB) |

**MOTION FOR EXTENSION OF TIME**

Pursuant to the Court's Order dated July 7, 2005, the defendant filed a proposed scheduling order requesting additional time until September 30, 2005 in which to file a dispositive motion and to respond to plaintiff's motion for summary judgment, due to the need for a further search to be conducted for responsive documents. The Court granted that request.

An additional search for records was conducted, and on September 26, 2005 the defendant issued a supplemental response to plaintiff. Ex 1. Defendant made a partial release of documents to plaintiff consisting of 12 pages of documents released in full and 12 pages of documents released in part. The defendant withheld 414 pages in full and advised plaintiff to make a direct request to the Bureau of Prisons for a 26 page "PSR" subject to its rules and regulations. An additional 66 pages of grand jury material was retained in the United States Attorney's Office for the District of Mass. *Id.* at p.1.

In addition, review of the material revealed documents originating from other governmental components: U.S. Customs (Customs) - 669 pages and the Drug Enforcement Administration (DEA) - 140 pages. On September 26, 2005, those records were referred to those

agencies for direct response to the plaintiff. Ex 2.

In light of the results of the review of documents found in the additional search, defendant requests that the Court allow it to bifurcate its response. First, it is requested that defendant be allowed an additional 45 days to file a dispositive motion and respond to plaintiff's summary judgment motion as to the 12 pages disclosed to plaintiff in part, 414 pages withheld in full, and 66 pages of retained grand jury material discussed at page 1 of Ex. 1. Second, it is requested that defendant be given 90 days to file a status report on the reviews and determinations of Customs and DEA. After those agencies make their disclosure determinations defendant will be able to prepare dispositive motions and responses to plaintiff concerning the Customs and DEA documents.

Therefore, it is respectfully requested that the Court grant the requested extensions. A proposed order is attached.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN D.C. Bar # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 30th day of September, 2005, a copy of the foregoing Motion and proposed scheduling order was mailed first class postage prepaid to the defendant pro se

Manuel A. Geronimo
R22893-038
MCI Devens
PO Box 879
Ayer, MA 01432.

                                      Rhonda C. Fields
                                      Assistant United States Attorney