

**U.S. Department of Justice**

FILE COPY

SEP 26 2005

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

Requester: <u>Manuel Geronimo</u>            Request Number: <u>03-1038</u>

Subject of Request: <u>Self - U.S. Atty/Dist. Mass.</u>

Dear Mr. Geronimo:

The Executive Office for United States Attorneys, the official record-keeper for all records maintained in this office and the various United States Attorneys' offices, has recently processed belatedly located records responsive to your request for records under the Freedom of Information Act/Privacy Act. This letter constitutes a supplemental determination regarding the records constituting your criminal case file.

To provide you the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy Act. 28 C.F.R. §16.81. We have also processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you. This letter is a [x] partial [ ] full denial.

Enclosed please find:

<u>  12  </u> page(s) are being released in full (RIF);
<u>  12  </u> page(s) are being released in part (RIP);
<u> 414  </u> page(s) are withheld in full (WIF). **The withheld documents were reviewed to determine if any information could be segregated for release. [NOTE: a 26-page PSR is subject to the policies and regulations of the U.S. Bureau of Prisons. If you desire access to that document, please make a direct request to that component.]**

In addition, this office is withholding <u>  66  </u> page(s) of grand jury material which is retained in the District.

The exemption(s) cited for withholding records or portions of records are marked below. An enclosure to this letter explains the exemptions in more detail.

(Page 1 of 2)

Section 552                                    Section 552a

[ ] (b)(1)        [ ] (b)(4)        [ ] (b)(7)(B)      [x] (j)(2)
[ ] (b)(2)        [x] (b)(5)        [x] (b)(7)(C)      [ ] (k)(2)
[x] (b)(3)        [ ] (b)(6)        [ ] (b)(7)(D)      [ ] (k)(5)
Fed.RuleCr.Pr6(e)[ ] (b)(7)(A)     [ ] (b)(7)(E)      [ ] _____
(Grand jury)                       [ ] (b)(7)(F)

Form No. 021 - 5/01

[x]  A review of the material revealed documents which:

    [x] Pages originating with other government components are as
follows: U.S. Customs (669 pages); Drug Enforcement Administration
(DEA)(140 pages).  These records were referred to these entities for
review, determination, and direct response to you.

    [x] There are public records which may be obtained from the
clerk of the court or this office, upon specific request, subject to
a copying fee of $.10 per page.

    [ ]  See additional information attached.

    This is the final action this office will take concerning your
request. Although your case is in presently pending judicial review
in the United States District Court for the District of Columbia,
you may still exercise your right to appeal my decision to withhold
records in this matter by writing within sixty (60) days from the
date of this letter, to:

                Office of Information and Privacy
                United States Department of Justice
                    Flag Building, Suite 570
                    Washington, D.C.  20530

    Both the envelope and letter of appeal must be clearly marked
"Freedom of Information Act/Privacy Act Appeal."

                            Sincerely,

                            Marie A. O'Rourke
                            Assistant Director

Enclosure(s)