

**U.S. Department of Justice**

**FILE COPY** SEP 26 2005

*Manuel Geronimo v. U.S. DOJ*
*Civ. No. 1:05-cv-01057 (JDB)*

AUSA Rhonda Fields 202-305-4851

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

To: U.S. Customs

Request Number: 03-1038

Requester: Manuel Geronimo

Subject of Request: Self/USAO-DMA

Dear FOIA/PA Contact Person:

The enclosed Freedom of Information Act/Privacy Act request was received by this office. The paragraphs checked below apply:

1. [ ] As your office may have records responsive to this request, we are referring it to you for a direct response to the requester.

2. [x] While processing this request, we located the enclosed records which originated in your office. We are referring 669 page(s) of material and a copy of the request to you for a direct response to the requester.

We have notified the requester of this referral.

If you have any questions about this matter, please contact the FOIA/PA processor named below.

Sincerely,

Marie A. O'Rourke
Assistant Director

Name: John F. Boseker, Atty Adv.

Phone: 202-616-6766

Enclosure(s): referral packet

Form No. 007 - 3/00



# FILE COPY

**U.S. Department of Justice**

IN LITIGATION:
Manuel Geronimo v. U.S. DOJ
Civ. No. 1:05-cv-01057 (JDB)        SEP 26 2005

AUSA Rhonda Fields 202-305-4851

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Unit
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757  Fax 202-616-6478

---

To: __DEA__

Request Number: __03-1038__

Requester: __Manuel Geronimo__

Subject of Request: __Self/USAO-DMA__

Dear FOIA/PA Contact Person:

The enclosed Freedom of Information Act/Privacy Act request was received by this office. The paragraphs checked below apply:

1. [ ]  As your office may have records responsive to this request, we are referring it to you for a direct response to the requester.

2. [x]  While processing this request, we located the enclosed records which originated in your office. We are referring __140__ page(s) of material and a copy of the request to you for a direct response to the requester.

We have notified the requester of this referral.

If you have any questions about this matter, please contact the FOIA/PA processor named below.

Sincerely,

Marie A. O'Rourke
Assistant Director

Name: __John F. Boseker, Atty Adv.__

Phone: __202-616-6766__

Enclosure(s): referral

Form No. 007 - 3/00