UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MANUEL A. GERONIMO,<br>Petitioner, | ) ) ) ) | |
| vs. | ) ) ) | Civil Action No.   05-01057 (JDB) |
| EXECUTIVE OFFICE For UNITED STATES ATTORNEYS,<br>Respondent, | ) ) ) ) ) | |

**FILED**

OCT 0 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of the defendant's motion for extension of time, it is hereby

ORDERED, that defendant is granted an additional 45 days to file a dispositive motion and respond to plaintiff's summary judgment motion as to the pages withheld as reflected in its September 26, 2005 response to plaintiff (12 pages disclosed to plaintiff in part, 414 pages withheld in full, and 66 pages of retained grand jury material), and it is further

ORDERED, that within 90 days of this order defendant shall file a status report on the reviews and determinations of Customs and DEA.

Date: October 3, 2005           /s/ John D. Bates
                                UNITED STATES DISTRICT JUDGE