UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANUEL A. GERONIMO                  *
    Petitioner              *
                                    *
Vs.                                 *     Civil Action No. 05-01057 (JDB)
                                    *
EXECUTIVE OFFICE For UNITED         *
STATES ATTORNEYS,                   *
    Respondent,             *

### MOTION IN OPPOSITION TO THE GOVERNMENT MOTION FOR EXTENSION OF TIME

Now comes Manuel A. Geronimo, the Petitioner herein respectfully submitting his Motion in opposition to the Government's Motion for extension of time. As reasons therefore Petitioner submits that Defendant's request for extension of time is in bad faith as the support for this claimed extension is materially misleading this Honorable Court. On October 3, 2005 Petitioner received the Defendant's Motion for an extension of time dated September 30, 2005. In support of this opposition petitioner hereby avers as follows:

    1. That defendant submits that an additional search for records was conducted, and on September 26, 2005 the Defendant issued a supplemental response to Plaintiff. Ex 1.

**RECEIVED**

OCT - 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

2. Defendant submits that it made a partial release of documents to Plaintiff consisting of 12 pages of document released in full and 12 pages of documents released in part.

3. The Defendant submits that it withheld 414 pages in full and advised Plaintiff to make a direct request to the Bureau of Prisons for a 26 page "PSR" subject to its rules and regulations.

4. Defendant submits that an additional 66 pages of Grand Jury material was retained in the United States Attorney's Office for the District of Mass. Id. At p.1.

5. Defendant submits that in addition, review of the material revealed documents originating from other government components: U.S. Customs (Customs)-669 pages and the Drug Enforcement Administration (DEA)-140 pages. On September 26, 2005 those records were referred to those agencies for direct response to the Plaintiff. Ex 2.

Petitioner affirms and attests that he never received the "supplemental response to Plaintiff. Ex 1." Mentioned by Defendant in its motion for extension of time. Petitioner affirms and attests that he never received the "partial release of documents to Plaintiff consisting of 12 pages of document

2

released in full and 12 pages of documents released in part." Nor is there a proof of service that the defendant can provide concerning same.

Petitioner affirms and attests that no notice was given and he was never advised by Defendant regarding "the Defendant withheld 414 pages in full and advised Plaintiff to make a direct request to the Bureau of Prisons for a 26 page "PSR" subject to its rules and regulations."

Petitioner affirms that no notice was given and that he had no knowledge whatsoever that "An additional 66 pages of Grand Jury material was retained in the United States Attorney's Office for the District of Mass. Id. At p.1." as the Defendant contents.

Petitioner did not have any knowledge whatsoever that "In addition, review of the material revealed documents originating from other government components: U.S. Customs (Customs)-669 pages and the Drug Enforcement Administration (DEA)-140 pages. On September 26, 2005 those records were referred to those agencies for direct response to the Plaintiff. Ex 2."

Petitioner asserts that Defendant is prejudicing the Petitioner by deliberately utilizing strategic tactics that are in violation of 28 U.S.C. § 1623, additionally keeping Petitioner in the dark as to requested material documents, and

misleading this Honorable Court by alleging that it has been sending and or releasing documents and or advising Petitioner in the progress and or process of complying with the time limits of 5 U.S.C.§ 552 &552a which mandates a maximum of twenty (20) days. The Petitioner clearly claimed his grievance from Defendant's failure to comply with the time limits pursuant to 5 U.S.C.§ 552 &552a.

Furthermore, Petitioner argues that he has been requesting this documents for over 32 months since his initial request was received by Defendant on or about February 12, 2003. To date the Defendant is still intentionally tolling the time in an attempt to further damage Petitioner's appeals of his conviction. Defendant has made every attempt to ambush Petitioner throughout this entire process, thus for the court intervention is require.

Petitioner argues that the last time he heard from the Defendant was July 6, 2005 when it answered Petitioner's motion for writ of Mandamus in which it sent a fabricated document please refer to Petitioner's Reply to Defendant Response dated July 19, 2005. Furthermore, this institution Legal Mail system does not reflect any legal or otherwise mail coming from the Defendant. Petitioner respectfully ask this most Honorable Court to deny Defendants Motion for an extension of time and Order the

Defendant to comply with the Law as establish in 5 U.S.C.§ 552 &552a as time is of the essence.

Respectfully submitted,

Dated: 10-04-05

*Manuel A. Geronimo*
Manuel A. Geronimo

### CERTIFICATE OF SERVICE

I, Manuel A. Geronimo, do hereby affirm and attest that a true copy of the forgoing was mailed on this date by first class mail to Assistant United States Attorney Rhonda C. Fields at the United States Attorney's Office for the District of Columbia Judiciary Center 555 Fourth Street, N.W. Washington, D.C. 20001

*Manuel A. Geronimo*
Manuel A.Geronimo
Reg. No. 22893-038
FMC Devens
P.O. Box 879
Ayer, MA 01432