UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MANUEL A. GERONIMO | ) | |
|     Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action No.   05-01057 (JDB) |
| | ) | |
| EXECUTIVE OFFICE For UNITED STATES ATTORNEYS, | ) | |
|     Respondent, | ) | |

**MOTION FOR EXTENSION OF TIME**

Defendant respectfully requests a one day extension of time in which to file its dispositive motion in this matter for the EOUSA. Defendant's motion has been prepared; however, the required final drafts of the EOUSA affidavit and Vaughn Index have not been submitted by the Agency. This is the second request for enlargement.

Therefore, it is respectfully requested that the Court grant the requested extension. A proposed order is attached.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN D.C. Bar # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 15th day of September, 2005, a copy of the foregoing Motion and proposed scheduling order was mailed first class postage prepaid to the defendant pro se

Manuel A. Geronimo
R22893-038
MCI Devens
PO Box 879
Ayer, MA 01432.

                                              Rhonda C. Fields
                                              Assistant United States Attorney