UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL A. GERONIMO )<br>        Petitioner, )<br>)<br>)<br>vs. )<br>)<br>)<br>EXECUTIVE OFFICE For UNITED )<br>STATES ATTORNEYS, )<br>        Respondent, )<br>_____) | Civil Action No.   05-01057 (JDB) |

ORDER

Upon consideration of the defendant's motion for a one-day enlargement, it is hereby

ORDERED that the defendant may file its motion on November 15, 2005.

Date:   _____
              UNITED STATES DISTRICT JUDGE