| BOX/ DOC | PAGES | DOCUMENT DESCRIPTION | EXEMPT/ STATUS | JUSTIFICATION |
|---|---|---|---|---|
| | | **MANUEL GERONIMO FOIA NO. 03-1038** | | **GLOSSARY OF ABBREVIATIONS USED BELOW:**    WIF - document withheld in full after review for and determination that not segregable.    RIP - released in part after review for and determination that document was segregable.    RIF - released in full, nothing subject to exemption on given page. |
| 1 | 332 | AUSA Legal Research | b5, **WIF** | AUSA legal research comprised of copies of published court decisions, many containing highlights and handwritten notations of thoughts on application of caselaw to Geronimo prosecution, ultimately used in aspects of the criminal case. All withheld as attorney work product and deliberative process by application of exemption (b)(5) to protect these privileges |
| 2 | 1 | Memorandum from AUSA-directed Student Intern to AUSA (9/1/00) | b5, **WIF** | Intra-agency memo of legal research made at direction of AUSA in the course of criminal prosecution regarding legal issues/case law reflected. Withheld to protect privileged attorney work product by application of exemption (b)(5). |
| 3 | 20 | AUSA Handwritten Notes (various dates) | b5, b7C, **WIF** | AUSA handwritten notes made during course of criminal prosecution, containing legal analysis, mental impressions, thoughts, opinions, things to do in various phases of prosecution. Contains references to third party individuals. All withheld to protect privileged attorney work product and deliberative process by application of exemption (b)(5). In addition, exemption (b)(7)(C) applied to protect all third party names and personal information, and such persons from unwarranted invasion of personal privacy. |

| 4 | 1 | USAO Appeal Documentation Sheets | b5, b2, **WIF** | AUSA completed internal Opening/Closing forms, reporting to superiors and others in anticipation of prosecution. Withheld to protect privileged attorney work product and deliberative process by application of exemption (b)(5). In addition, form is purely internal, trivial, and withheld by application of "low" exemption (b)(2). |
|---|---|---|---|---|
| 5 | 60 | Third Party Individual Criminal Documents | b7C **WIF** | All records reviewed and identified by this document are records categorically exempt from disclosure to Mr. Geronimo, as they are entirely third party individual records, none of whom has provided consent/authorization to disclose such information. No public interest demonstrated to outweigh privacy interests. Types of records include file covers, correspondence, photos of evidence used against persons, other agency material, AUSA memoranda, Presentence Report, Pre-trial notes and forms. Withheld by application of exemption (b)(7)(C)to protect each person from unwarranted invasion of personal privacy. |
| 6 | 2 | Letter from AUSA to Geronimo Atty (4/25/00) | b7C, **RIP** | Released letter, except for names and personal information contained therein concerning third party individuals. Discussion of third party individuals at times is in detail. All names and information which if disclosed would identify individual referenced withheld to protect each from unwarranted invasion of personal privacy by application of exemption (b)(7)(C). |
| 7 | 1 | Letter from Geronimo Atty to AUSA (6/7/00) | b7C, **RIP** | Released letter, except for names of federal agents. Names withheld by application of exemption (b)(7)(C)to protect from unwarranted invasion of personal privacy. |
| 8 | 2 | Letter from AUSA to Atty (9/11/00) | b7C, **RIP** | Released letter, except for names of federal agents and third party individuals. Names withheld by application of exemption (b)(7)(C)to protect each from unwarranted invasion of personal privacy.. |

| 9 | 1 | Memo from U.S.Solicitor Gen. To Asst. AG Crim. Div. (12/15/03) | b5, **RIP** | Released intra-agency memo, except for two lines discussing communications discussing instructions to be followed in connection with aspect of responding to criminal appeal. This portion withheld to protect privileged attorney work product by application of exemption (b)(7)(C). |
| --- | --- | --- | --- | --- |
| 10 | 1 | Memo from Crim. Appeals to AUSA (4/3/04) | b7C, **RIP** | Released memo, except for phone number of sender, withheld by application of exemption (b)(7)©). |
| 11 | 2 | Letter from Geronimo Atty to U.S. Probation Office (3/28/01) [1page of letter RIF] | b7C **RIP** | Letter released, except for third party individual names and personal information. Portions withheld by application of exemption (b)(7)(C)to protect each from unwarranted invasion of personal privacy. |
| 12 | 3 | Letter from AUSA to Geronimo Atty (3/14/00) [1page of letter RIF] | b7C b3/ FRCrPr6e **RIP** | Letter released except for 3P names and personal identifiers of such persons, and on pages 2 and 4, a summary of grand jury testimony in conjunction with this information also withheld. Withheld portions by application of exemption (b)(7)(C)to protect each person from unwarranted invasion of personal privacy. In addition, where grand jury information withheld, application of exemption (b)(3) in conjunction with Federal Rule of Criminal Procedure Rule 6(e) to protect scope and inner workings of grand jury from prohibited disclosure. |
| 13 | 66 | Grand Jury Transcripts | b7C, b3/ FRCrPr6e, **WIF** | Grand jury transcripts withheld by application of (b)(3) in conjunction with Federal Rule of Criminal Procedure 6e to protect scope of and inner workings of grand jury from prohibited disclosure. In addition, all third party names and personal information withheld by application of exemption (b)(7)(C)to protect each from unwarranted invasion of personal privacy. |