UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL A. GERONIMO )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXECUTIVE OFFICE FOR UNITED )<br>STATES ATTORNEYS, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-1057 |

### DECLARATION OF MARYELLEN BARRETT

I, MARYELLEN BARRETT declare the following:

1. I am the Grand Jury Coordinator/Freedom of Information Act ("FOIA") contact person for the Criminal Division, United States Attorney's Office ("USAO") for the District of Massachusetts. My responsibilities include managing the USAO Grand Jury Program and coordinating FOIA and Privacy Act ("PA") requests for access to records located in the USAO for the District of Massachusetts with the Executive Office for United States Attorneys ("EOUSA"). I am responsible for identifying, discussing, and shipping records as directed by the EOUSA.. The statements I make herein are either on the basis of my own personal knowledge or on the basis of knowledge acquired by me through the performance of my official duties.

2. Due to the nature of my official duties, I have become familiar with the procedures that were followed by this office in coordinating the FOIA request of Manuel A. Geronimo, numbered 03-1038. I am also familiar with Mr. Geronimo's other two FOIA requests. The numbers are 04-643 and 05-1083.

3. On or about April 17, 2003, a FOIA request was faxed from EOUSA. The requester was Manuel A. Geronimo.

4. I either misplaced or did not receive this FOIA request. Another FOIA request from Manuel A. Geronimo was faxed to me.

5. On or about December 29, 2004, I had our docketing people look up Manuel A. Geronimo on our Lions system. There was 1 box for this particular person, in docketing and they sent that one box to my office. I went through this box and mailed 1500 sheets of trial transcripts, 1000 appeal transcripts and 1000 sheets of appeal materials, to EOUSA.

6. Mr. Geronimo's case has had three different AUSAs assigned to his case #CR-10013, from 2000 to 2003.

7. Mr. Geronimo also has two other FOIA requests with this office, the numbers are as follows: 04-640 and 05-1083.

8. With three FOIA requests and three different AUSA's involved with this case, there was some confusion with the search and what the requester was requesting.

9. After sending the material discussed in paragraph 5 to EOUSA, I was informed that Mr. Geronimo did not want this material, he was looking for his case agent's entire file and lab reports.

10. On or about August 1, 2005, I did another search by inquiring whether the AUSAs had the requested materials and another box was found. On or about August 5, 2005, I mailed to EOUSA another 150 sheets of material, responsive to this request.

11. On August 26, 2005, I received an e-mail from EOUSA; because of the confusion with this case, I was asked to have copies made of all documents in both boxes.

12. On September 2, 2005, all records pertaining to Manuel A. Geronimo, were FedExed to EOUSA. These boxes were shipped overnight, to the attention of Debrae Melvin.

13. All documents pertaining to Mr. Geronimo's case should have been maintained by docketing and/or by the AUSAs assigned to the case. A proper and thorough search for documents was conducted by the USAO for the District of Massachusetts for the specific records requested by Mr. Manuel A. Geronimo.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 04, 2005

Maryellen Barrett
Grand Jury Coordinator

United States Attorney's Office
District of Massachusetts