UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL A. GERONIMO,<br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF<br>  JUSTICE, et al.,<br>    Defendant. | Civ. No. 05-1057 (JDB) |

ORDER

Upon consideration of defendant's motion for summary judgment, plaintiff's response thereto and the record in this matter, the Court finds: that there is no genuine issue in dispute; that the search conducted by the office of the United States Attorney for the District of Massachusetts was adequate and reasonably conducted for responsive records; that the exemptions applied by the Executive Office for United States Attorneys were proper and reasonably segregable information was released; therefore it is hereby

ORDERED that the motion is granted as to documents of the United States Attorney for the District of Massachusetts, excluding other agency records referred to Customs and the DEA.

Date: _____    _____
                UNITED STATES DISTRICT JUDGE