UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANUEL A. GERONIMO    *
    Plaintiff,   *
                  *
Vs.                   *   Civil Action No. 05-01057 (JDB)
                  *
EXECUTIVE OFFICE For UNITED   *
STATES ATTORNEYS,     *
    Defendant,   *

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

The Plaintiff respectfully moves this Honorable Court for an enlargement of time of 30 days to file a reply to the Defendant's Motion for summary judgment. In support of this motion, the Plaintiff states as follows:

1. After the initial filing of Plaintiff's pleading pursuant to a Writ of Mandamus, the Defendant requested and was granted by this most honorable court, many extensions of time in with which to file its responsive pleading.

2. On or about November 18, 2005 Plaintiff received the Defendant's Motion for summary judgment dated November 15, 2005. On or November 25, 2005 Plaintiff received the court's letter ordering Plaintiff to file opposition brief to the Defendant's motion for summary

RECEIVED
DEC 19 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

judgment within 30 days of receive of Defendant's motion see exhibit "A" attached.

3. The Defendant is withholding documents that by law should be release to Plaintiff.

4. Plaintiff needs more time in order to file an appropriate pleading in response and objection to the Defendant's Motion for summary judgment and request to disclose files withheld.

5. Plaintiff is a "pro-se litigant and is untrained in the law" and needs the requested time in order to perform an adequate legal research in the prison law library in order to effectively challenge Defendant's allegations for withholding most of the requested documents encompassed on Plaintiff's initial request made almost 3 years ago.

**WHEREFORE**, the Plaintiff respectfully moves this Honorable Court for an enlargement of time of 30 days to file a Motion in response and objection to the Defendant's Motion for summary judgment and request to disclose files withheld.

Respectfully submitted,

Dated: 12-12-05

Manuel A. Geronimo, Pro se.
Register No. 22893-038
FMC Devens P.O. Box 879
Ayer, MA 01432

2



DCD_ECFNotice@dcd.uscourts.gov
11/15/2005 06:32 PM

To DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject Activity in Case 1:05-cv-01057-JDB GERONIMO v. EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS "Fox/Neal Order"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from ah, entered on 11/15/2005 at 6:32 PM EDT and filed on 11/15/2005

**Case Name:**        GERONIMO v. EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS
**Case Number:**      1:05-cv-1057
**Filer:**
**Document Number:**  17

**Docket Text:**
Order advising plaintiff pursuant to the previously issued scheduling order to respond to defendant's summary judgment motion within 30 days of receipt. Signed by Judge John D. Bates on 11/15/05. (ah)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\DOCS\Geronimo.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=11/15/2005] [FileNumber=942834-0]
[2fbc827cb1f9766e939541ad3d3ffb48ab3aa4e38098d6a53f50c2006883fa204772
77a3d6820a37123152a12f3cd122fe531c81a01b0a563955e74fac472cb9]]

**1:05-cv-1057 Notice will be electronically mailed to:**

Rhonda C. Fields    rhonda.fields@usdoj.gov, richard.simmons2@usdoj.gov



PLAINTIFF EXHIBIT "A"