UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL A. GERONIMO,<br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF<br>    JUSTICE, et al.,<br>      Defendant. | )<br>)<br>)<br>)   Civ. No. 05-1057 (JDB)<br>)<br>)<br>)<br>)<br>) |

**STATUS REPORT**

Defendant, through its undersigned attorneys, respectfully submits this report on the status of the review of documents by the Drug Enforcement Administration and United States Customs Service, DHS.

The Drug Enforcement Administration FOIA Office reported that they have received the referred documents, and based on an initial review of the documents and their staffing, they anticipate that they should be able to complete their review and supply a response to plaintiff on or about January 27, 2006.

The Customs Service FOIA Office reported that they have no record of receipt of the referred documents. The EOUSA FOIA Office has been asked to re-send the documents to Customs.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538

Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of January, 2006, a copy of the foregoing status report was mailed first class postage prepaid to the defendant pro se

Manuel A. Geronimo
R22893-038
MCI Devens
PO Box 879
Ayer, MA 01432.

                              Rhonda C. Fields
                              Assistant United States Attorney