

DCD_ECFNotice@dcd.uscourts.gov
11/15/2005 06:32 PM

To DCD_ECFNotice@dcd.uscourts.gov

cc

bcc

Subject Activity in Case 1:05-cv-01057-JDB GERONIMO v. EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS "Fox/Neal Order"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from ah, entered on 11/15/2005 at 6:32 PM EDT and filed on 11/15/2005

**Case Name:** GERONIMO v. EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS
**Case Number:** 1:05-cv-1057
**Filer:**
**Document Number:** 17

Docket Text:
Order advising plaintiff pursuant to the previously issued scheduling order to respond to defendant's summary judgment motion within 30 days of receipt. Signed by Judge John D. Bates on 11/15/05. (ah)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\DOCS\Geronimo.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=11/15/2005] [FileNumber=942834-0]
[2fbc827cb1f9766e939541ad3d3ffb48ab3aa4e38098d6a53f50c2006883fa204772
77a3d6820a37123152a12f3cd122fe531c81a01b0a563955e74fac472cb9]]

**1:05-cv-1057 Notice will be electronically mailed to:**

Rhonda C. Fields    rhonda.fields@usdoj.gov, richard.simmons2@usdoj.gov



PLAINTIFF EXHIBIT "A"