UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANUEL A. GERONIMO           *
      Plaintiff,          *
                           *
Vs.                          *    Civil Action No. 05-01057 (JDB)
                           *
EXECUTIVE OFFICE For UNITED  *
STATES ATTORNEYS,            *
      Defendant,          *

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

The Plaintiff respectfully moves this Honorable Court for an enlargement of time of 30 days to file a reply to the Defendant's Motion for summary judgment. In support of this motion, the Plaintiff states as follows:

1. After the initial filing of Plaintiff's pleading pursuant to a Writ of Mandamus, the Defendant requested and was granted by this most honorable court, many extensions of time in with which to file its responsive pleading.

2. On or about November 18, 2005 Plaintiff received the Defendant's Motion for summary judgment dated November 15, 2005. On or November 25, 2005 Plaintiff received the court's letter ordering Plaintiff to file opposition brief to the Defendant's motion for summary

Plaintiff
Exhibit "B"

1

    judgment within 30 days of receive of Defendant's motion see exhibit "A" attached.

3. The Defendant is withholding documents that by law should be release to Plaintiff.

4. Plaintiff needs more time in order to file an appropriate pleading in response and objection to the Defendant's Motion for summary judgment and request to disclose files withheld.

5. Plaintiff is a "pro-se litigant and is untrained in the law" and needs the requested time in order to perform an adequate legal research in the prison law library in order to effectively challenge Defendant's allegations for withholding most of the requested documents encompassed on Plaintiff's initial request made almost 3 years ago.

**WHEREFORE**, the Plaintiff respectfully moves this Honorable Court for an enlargement of time of 30 days to file a Motion in response and objection to the Defendant's Motion for summary judgment and request to disclose files withheld.

Respectfully submitted,

Dated: 12-12-05

Manuel A. Geronimo, Pro se.
Register No. 22893-038
FMC Devens P.O. Box 879
Ayer, MA 01432

Plaintiff
Exhibit "B"

## CERTIFICATE OF SERVICE

I, Manuel A. Geronimo, do hereby affirm and attest that a true copy of the forgoing was mailed on this 12th day of December, 2005 by first class mail to Assistant United States Attorney Rhonda C. Fields at the United States Attorney's Office for the District of Columbia Judiciary Center 555 Fourth Street, N.W. Washington, D.C. 20001. Pursuant to Houston v. Lack, 487 U.S. 266, 274-275 (1988). Sworn and signed pursuant to 28 U.S.C Section 1746.

This 12th day of December 2005.

_____
Manuel A. Geronimo, pro-se

Plaintiff Exhibit "B"

3