

DCD_ECFNotice@dcd.uscourts.gov
12/22/2005 05:59 PM

To DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject Activity in Case 1:05-cv-01057-JDB GERONIMO v. EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS "Order on Motion for Extension of Time to File Response/Reply"

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from ah, entered on 12/22/2005 at 5:59 PM EDT and filed on 12/22/2005

**Case Name:** GERONIMO v. EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS
**Case Number:** 1:05-cv-1057
**Filer:**
**Document Number:**

**Docket Text:**
MINUTE ORDER granting [18] Plaintiff's Motion for Extension of Time to File Response to defendant's motion for summary judgment. Plaintiff shall file his response by January 27, 2006. SO ORDERED. Signed by Judge John D. Bates on 12/22/05.(ah)

The following document(s) are associated with this transaction:

**1:05-cv-1057 Notice will be electronically mailed to:**

Rhonda C. Fields    rhonda.fields@usdoj.gov, richard.simmons2@usdoj.gov

**1:05-cv-1057 Notice will be delivered by other means to:**

MANUEL A. GERONIMO
R 22893-038

**Plaintiff Exhibit "C"**