REQUESTED BY:  MCGRATH, TIMOTHY J
O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N | 1. TECS ACCESS CODE 3 |
|---|---|
| | 2. PAGE   1 |
| | 3. CASE NUMBER ▓▓▓▓▓▓▓▓<br>OCDETF NO:   FC-FLS-759 |

| 4. TITLE: RAUL MARTINEZ |
|---|

| 5. CASE STATUS:   INT  1 RPT |
|---|

| 6. REPORT DATE<br>110599 | 7. DATE ASSIGNED<br>032599 | 8. CLASS<br>3 | 9. PROGRAM CODE<br>334 | 10. REPORT NO.<br>004 |
|---|---|---|---|---|

| 11. RELATED CASE NUMBERS: |
|---|

| 12. COLLATERAL REQ: |
|---|

| 13. TYPE OF REPORT:<br>   SUBPOENA SERVICE |
|---|

| TOPIC: SUBPOENA BELL SOUTH |
|---|

14. SYNOPSIS:
On October 18, 1999, SAIC/Miami S/A Butterfield, DEA S/A Reagan,AUSAs Pell
and Buckner traveled to Amsterdam Holland to conduct detail briefings and
to obtain pertinet evidence gathered by Dutch officials.

| 15. DISTRIBUTION:<br>SACMI | 16. SIGNATURE: _____<br>  BUTTERFIELD    MARK    P  SPECIAL AGENT |
|---|---|
| | 17. APPROVED: _____<br>  MCLEAN    DENNIS    W  OI GRP SUPERVISOR |
| | 18. ORIGIN OFFICE: MI<br>MIAMI - SAC | 19. TELEPHONE: 305 536 5343 |
| | | 20. TYPIST: BUTTERFIELD |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

EXHiBiT "D"

Plaintiff

OFFICIAL USE ONLY

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE | 1. PAGE     2 |
|---|---|
| | 2. CASE NUMBER ███████████ |
| REPORT OF INVESTIGATION CONTINUATION | 3. REPORT NUMBER: 004 |

On October 18, 1999, SAIC/Miami S/A Butterfield, DEA S/A Reagan, AUSAs Pell and Buckner traveled to Amsterdam Holland to conduct detail briefings and to obtain pertinet evidence gathered by the Dutch officials.

During this trip the Dutch officials provided various telephone numbers discovered during the course of an investigation.

On October 26, 1999, SAIC/Miami served a subpoena to Bellsouth Telephone Company, requesting subscriber information.

Additional investigative leads pending.

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

Plaintiff

REQUESTED BY:  MCGRATH, TIMOTHY J

OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

J22500                    TECS II - LIST OF RELATED RECORDS              PAGE    1
                                                                         TN007060

█████████████████    22 RECORDS ARE RELATED TO BASE RECORD
                     ROI  CMI BUTTERFIELD      M 110599


█████████████          LANTIGUA        JOHN        L W M 093074
        SC  SUBJECT OF CURRENT INVESTIGATION                        SUB-SOURCE

█████████████          BUDUAN SOLANO   KETTY       A L F 060277
        SC  SUBJECT OF CURRENT INVESTIGATION                        SUB-SOURCE

████████████           TAVERAS         JUANA       B F 041878
        SC  SUBJECT OF CURRENT INVESTIGATION                        SUB-SOURCE

███████████            HODGE           ROBERTO     B M 050560
        SV  SERIOUS VIOLATOR FROM S/A/S (CF-151)                    SUB-SOURCE

███████████            ZIMMERMAN       VALESHKA   J B F 122077
        SC  SUBJECT OF CURRENT INVESTIGATION                        SUB-SOURCE

█████████████          BALORIAN        ALTAGRACIA F B F 013061
        SC  SUBJECT OF CURRENT INVESTIGATION                        SUB-SOURCE

██████████████         JANTJE          SHURENDY  P    061873
        SV  SERIOUS VIOLATOR FROM S/A/S (CF-151)                    SUB-SOURCE

███████████            MARTINEZ        RAUL        B M 022362
        SC  SUBJECT OF CURRENT INVESTIGATION                        SUB-SOURCE

████████████           BIZCAINO        AMAURY      L L M 032473
        SC  SUBJECT OF CURRENT INVESTIGATION                        SUB-SOURCE

█████████████          DEGIER          RONALD        111662
        SV  SERIOUS VIOLATOR FROM S/A/S (CF-151)                    SUB-SOURCE

███████████            CRUZ            MIRTA       I L F 092775
        SV  SERIOUS VIOLATOR FROM S/A/S (CF-151)                    SUB-SOURCE

█████████████          SILVA           IVETT       Y L F 042565
        SC  SUBJECT OF CURRENT INVESTIGATION                        SUB-SOURCE

█████████████          GARCIA          OCTAVIO     B L M 112155
        SC  SUBJECT OF CURRENT INVESTIGATION                        SUB-SOURCE

██████████████         LUGO            IDAMIR      S L F 051372
        SC  SUBJECT OF CURRENT INVESTIGATION                        SUB-SOURCE

██████████████         RODRIGUEZ       ANDREA      C L F 040669
        SC  SUBJECT OF CURRENT INVESTIGATION                        SUB-SOURCE

████████████           TORRES          JOSE        A    073076
        SC  SUBJECT OF CURRENT INVESTIGATION                        SUB-SOURCE

Plaintiff

REQUESTED BY:  MCGRATH, TIMOTHY J

OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

022500                    TECS II - LIST OF RELATED RECORDS                    PAGE    2
                                                                               TN007060

                22 RECORDS ARE RELATED TO BASE RECORD
                ROI  CMI BUTTERFIELD      M 110599

                        COLINA        ISAAC      G    073076
                SC   SUBJECT OF CURRENT INVESTIGATION                SUB-SOURCE

                        COLINA        CESAR      V    032464
                SC   SUBJECT OF CURRENT INVESTIGATION                SUB-SOURCE

                        ROBLES MARTINEZ OSCAR    J    032176
                SC   SUBJECT OF CURRENT INVESTIGATION                SUB-SOURCE

                        RODRIGUEZ LAGUA ESPERANZA     F 030663
                SC   SUBJECT OF CURRENT INVESTIGATION                SUB-SOURCE

                        BOHIO TRAVEL USA
                SC   SUBJECT OF CURRENT INVESTIGATION                SUB-SOURCE

                        CASE CMI BUTTERFIELD      M 032599
                RAUL MARTINEZ

OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

Plaintiff
Exhibit "D"

REQUESTED BY: MCGRATH, TIMOTHY J
O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N | 1. TECS ACCESS CODE 3 |
|---|---|
| | 2. PAGE   1 |
| | 3. CASE NUMBER ▓▓▓▓<br>    OCDETF NO:   FC-FLS-759 |

4. TITLE: RAUL MARTINEZ

5. CASE STATUS:    INTERIM RPT

| 6. REPORT DATE | 7. DATE ASSIGNED | 8. CLASS | 9. PROGRAM CODE | 10. REPORT NO. |
|---|---|---|---|---|
| 120199 | 032599 | 3 | 334 | 005 |

11. RELATED CASE NUMBERS:

12. COLLATERAL REQ:

13. TYPE OF REPORT:
   SUBPOENA SERVICE

TOPIC: GRAND JURY SUBPOENA

14. SYNOPSIS:
On December 1, 1999, SAIC/Miami S/A Butterfield served a grand jury subpoena
to Citibank Branch 75 8075 Doral Boulevard Miami, Fl 33178. Ref any and
all documents or, records, in whatever form, referring or pertaining in
any way to account number 3101141218 or Rafael Pena, Arsenio Rodriguez or
Idamir Santiago. This account is listed as Bohio travel.

| 15. DISTRIBUTION:<br>SACMI | 16. SIGNATURE: _____<br>   BUTTERFIELD    MARK    P  SPECIAL AGENT |
|---|---|
| | 17. APPROVED: _____<br>   MCLEAN        DENNIS    W  OI GRP SUPERVISOR |
| | 18. ORIGIN OFFICE: MI | 19. TELEPHONE: 305 536 5343 |
| | MIAMI - SAC | |
| | | 20. TYPIST: BUTTERFIELD |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

Plaintiff
Exhibit "D"

REQUESTED BY: MCGRATH, TIMOTHY J

OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

522500                    TECS II - LIST OF RELATED RECORDS                    PAGE    1
                                                                               TN007060

23 RECORDS ARE RELATED TO BASE RECORD
ROI  CMI BUTTERFIELD    M 120199

████████████    LANTIGUA      JOHN        L W M 093074
     SC   SUBJECT OF CURRENT INVESTIGATION                    SUB-SOURCE

████████████    RODRIGUEZ     ARSENIO     A L M 021465
     SC   SUBJECT OF CURRENT INVESTIGATION                    SUB-SOURCE

████████████    BUDUAN SOLANO KETTY       A L F 060277
     SC   SUBJECT OF CURRENT INVESTIGATION                    SUB-SOURCE

████████████    TAVERAS       JUANA       B F 041878
     SC   SUBJECT OF CURRENT INVESTIGATION                    SUB-SOURCE

████████████    HODGE         ROBERTO     B M 050560
     SV   SERIOUS VIOLATOR FROM S/A/S (CF-151)                SUB-SOURCE

████████████    ZIMMERMAN     VALESHKA    J B F 122077
     SC   SUBJECT OF CURRENT INVESTIGATION                    SUB-SOURCE

████████████    BALORIAN      ALTAGRACIA  F B F 013061
     SC   SUBJECT OF CURRENT INVESTIGATION                    SUB-SOURCE

████████████    JANTJE        SHURENDY    P     061873
     SV   SERIOUS VIOLATOR FROM S/A/S (CF-151)                SUB-SOURCE

████████████    MARTINEZ      RAUL        B M 022362
     SC   SUBJECT OF CURRENT INVESTIGATION                    SUB-SOURCE

████████████    BIZCAINO      AMAURY      L L M 032473
     SC   SUBJECT OF CURRENT INVESTIGATION                    SUB-SOURCE

████████████    DEGIER        RONALD            111662
     SV   SERIOUS VIOLATOR FROM S/A/S (CF-151)                SUB-SOURCE

████████████    CRUZ          MIRTA       I L F 092775
     SV   SERIOUS VIOLATOR FROM S/A/S (CF-151)                SUB-SOURCE

████████████    SILVA         IVETT       Y L F 042565
     SC   SUBJECT OF CURRENT INVESTIGATION                    SUB-SOURCE

████████████    GARCIA        OCTAVIO     B L M 112155
     SC   SUBJECT OF CURRENT INVESTIGATION                    SUB-SOURCE

████████████    LUGO          IDAMIR      S L F 051372
     SC   SUBJECT OF CURRENT INVESTIGATION                    SUB-SOURCE

████████████    RODRIGUEZ     ANDREA      C L F 040669
     SC   SUBJECT OF CURRENT INVESTIGATION                    SUB-SOURCE

Plaintiff
Exhibit "D"

REQUESTED BY:  MCGRATH, TIMOTHY J

OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

022500                    TECS II - LIST OF RELATED RECORDS                    PAGE    2
                                                                               TN007060

                    23 RECORDS ARE RELATED TO BASE RECORD
██████████████      ROI  CMI BUTTERFIELD      M 120199


██████████████      TORRES         JOSE        A    073076
        SC  SUBJECT OF CURRENT INVESTIGATION                    SUB-SOURCE

██████████████      COLINA         ISAAC       G    073076
        SC  SUBJECT OF CURRENT INVESTIGATION                    SUB-SOURCE

██████████████      COLINA         CESAR       V    032464
        SC  SUBJECT OF CURRENT INVESTIGATION                    SUB-SOURCE

██████████████      ROBLES MARTINEZ OSCAR      J    032176
        SC  SUBJECT OF CURRENT INVESTIGATION                    SUB-SOURCE

██████████████      RODRIGUEZ LAGUA ESPERANZA      F 030663
        SC  SUBJECT OF CURRENT INVESTIGATION                    SUB-SOURCE

██████████████      BOHIO TRAVEL USA
        SC  SUBJECT OF CURRENT INVESTIGATION                    SUB-SOURCE

██████████████      CASE CMI BUTTERFIELD      M 032599
        RAUL MARTINEZ

Plaintiff
Exhibit "D"

REQUESTED BY:  MCGRATH, TIMOTHY J

O F F I C I A L   U S E   O N L Y

| | |
|---|---|
| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N | 1. TECS ACCESS CODE 3 |
| | 2. PAGE    1 |
| | 3. CASE NUMBER ▓▓▓▓▓▓▓▓<br>   OCDETF NO:  FC-FLS-759 |

| 4. TITLE: RAUL MARTINEZ |
|---|

| 5. CASE STATUS:    INTERIM RPT |
|---|

| 6. REPORT DATE | 7. DATE ASSIGNED | 8. CLASS | 9. PROGRAM CODE | 10. REPORT NO. |
|---|---|---|---|---|
| 121399 | 032599 | 3 | 334 | 007 |

| 11. RELATED CASE NUMBERS: |
|---|

| 12. COLLATERAL REQ: |
|---|

| 13. TYPE OF REPORT:<br>   SUBPOENA SERVICE |
|---|

| TOPIC: GRAND JURY SUBPOENA FOR TOTALBANK. |
|---|

14. SYNOPSIS:

On December 12, 1999, SA Ronald R. Kriske of SAIC Miami, served a Grand Jury Subpoena on Totalbank at 1730 Biscayne Boulevard, Miami, Florida 33132 for any and all documents or records pertaining to Rafael PENA, Arsenio RODRIGUEZ, Idamir SANTIAGO, BOHIA USA, or BOHIO TRAVEL, including but not limited to account information and activity and safe deposit box records.
Service was accepted by Vivian Hernandez Assistant Vice President and Branch Manager, to be forwarded to David Schloshberg Totalbank Legal Attorney.

| 15. DISTRIBUTION: | 16. SIGNATURE: _____ |
|---|---|
| SACMI | KRISKE        RONALD    R   SPECIAL AGENT |
| | 17. APPROVED: _____ |
| | MCLEAN       DENNIS    W   OI GRP SUPERVISOR |
| | 18. ORIGIN OFFICE: MI | 19. TELEPHONE: 305 597 4660 |
| | MIAMI - SAC |
| | | 20. TYPIST: KRISKE |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

Plaintiff

REQUESTED BY:  MCGRATH, TIMOTHY J
O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N | 1. TECS ACCESS CODE 3 |
|---|---|
| | 2. PAGE   1 |
| | 3. CASE NUMBER M▆▆▆▆▆▆▆▆<br>   OCDETF NO:   FC-FLS-759 |

4. TITLE: RAUL MARTINEZ

5. CASE STATUS:     INTERIM RPT

| 6. REPORT DATE<br>   072899 | 7. DATE ASSIGNED<br>   032599 | 8. CLASS<br>   3 | 9. PROGRAM CODE<br>   334 | 10. REPORT NO.<br>   002 |
|---|---|---|---|---|

11. RELATED CASE NUMBERS:     M▆▆▆▆▆▆   M▆▆▆▆▆▆   M▆▆▆▆▆▆

12. COLLATERAL REQ:

13. TYPE OF REPORT:
   INVESTIGATIVE FINDINGS

TOPIC: ARREST OF CRUZ-RODRIGUEZ & SEIZURE OF 9,554 TABLETS OF ECSTASY

14. SYNOPSIS:
   On July 25, 1999, Mirtha CRUZ-RODRIGUEZ, was arrested by Special Agents of SAIC/Miami office, Group 6, while attempting to smuggle approximately 9,554 tablets of ecstasy into the United States at Miami International Airport.

DETAILS OF INVESTIGATION:

| 15. DISTRIBUTION:<br>SACMI | 16. SIGNATURE: _____<br>   BUTTERFIELD   MARK   P  SPECIAL AGENT |
|---|---|
| | 17. APPROVED: _____<br>   MCLEAN   DENNIS   W  OI GRP SUPERVISOR |
| | 18. ORIGIN OFFICE: MI   19. TELEPHONE: 305 536 5343<br>   MIAMI - SAC |
| | 20. TYPIST: BUTTERFIELD |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

Plaintiff
Exhibit "D"

OFFICIAL USE ONLY

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE | 1. PAGE    2 |
|---|---|
| | 2. CASE NUMBER MI████████ |
| REPORT OF INVESTIGATION CONTINUATION | 3. REPORT NUMBER: 002 |

On July 25,1999, CRUZ-RODRIGUEZ, ( DOB:09-27-75 ),  was arrested by Special Agents of the SAIC\Miami Office, Group 6, for smuggling approximately 9,554 tablets of ecstasy at Miami International Airport, in violation of Title 21 USC 952(a) (Importation with intent to distribute).

On July 25, 1999, CRUZ-RODRIGUEZ arrived at Miami International Airport via American Airlines Flight #422 from Santo Domingo.  During a secondary inspection of her luggage, CRUZ-RODRIGUEZ  provided inconsistent answers regarding the nature of her trip and appeared nervous. A search of CRUZ-RODRIGUEZ'S luggage revealed an unusual thickness of the bottom and sides of the luggage. Futher examination of the luggage revealed packages containing green pills concealed in the sides and bottom of the luggage. A field test of one pill, proved positive for MDMA (ecstasy). Total number of pills was 9,554. CRUZ-RODRIGUEZ was turned over to Customs Special Agent Mark Butterfield and DEA Special Agent Tim Reagan for processing.

CRUZ-RODRIGUEZ was advised of her Miranda Warnings. CRUZ-RODRIGUEZ waived her rights and provided oral statments to Agents. Prosecution was accepted by the U.S. Attorney's Office, Southern District of Florida. CRUZ-RODRIGUEZ  was held in pre-trial detention pending her initial appearance in U.S. District Court, Southern District of Florida on July 26, 1999.


CUSTODY OF EVIDENCE:

 On July 25, 1999, Special Agent Mark Butterfield turned over the following exhibits to the Customs Seized Property Custodian ( 1579131 ):

EXHIBITS:

#1 :  STC ecstasy.

#2 : Green Skyway suitcase


EXHIBITS:

N1 :A; Florida ID; American Airlines receipt and ticket , American Airlines Baggage claim checks.


Investigation is continuing.


OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

Plaintiff

REQUESTED BY:  MCGRATH, TIMOTHY J

OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

022500                    TECS II - LIST OF RELATED RECORDS                  PAGE   1
                                                                             TN007060

                    8 RECORDS ARE RELATED TO BASE RECORD
▇▇▇▇▇▇▇▇▇▇▇▇  ROI  CMI BUTTERFIELD      M 072899

▇▇▇▇▇▇▇▇▇▇      BUDUAN SOLANO    KETTY     A L F 060277
         SC   SUBJECT OF CURRENT INVESTIGATION               SUB-SOURCE

▇▇▇▇▇▇▇▇▇▇      TAVERAS        JUANA      B F 041878
         SC   SUBJECT OF CURRENT INVESTIGATION               SUB-SOURCE

▇▇▇▇▇▇▇▇▇▇      ZIMMERMAN      VALESHKA   J B F 122077
         SC   SUBJECT OF CURRENT INVESTIGATION               SUB-SOURCE

▇▇▇▇▇▇▇▇▇▇      BALORIAN       ALTAGRACIA F B F 013061
         SC   SUBJECT OF CURRENT INVESTIGATION               SUB-SOURCE

▇▇▇▇▇▇▇▇▇▇      JANTJE         SHURENDY   P   061873
         SV   SERIOUS VIOLATOR FROM S/A/S (CF-151)            SUB-SOURCE

▇▇▇▇▇▇▇▇▇▇      MARTINEZ       RAUL       B M 022362
         SC   SUBJECT OF CURRENT INVESTIGATION               SUB-SOURCE

▇▇▇▇▇▇▇▇▇▇      CRUZ           MIRTA      I L F 092775
         SV   SERIOUS VIOLATOR FROM S/A/S (CF-151)            SUB-SOURCE

▇▇▇▇▇▇▇▇▇▇      CASE CMI BUTTERFIELD      M 032599
         RAUL MARTINEZ

Plaintiff

REQUESTED BY: MCGRATH, TIMOTHY J
O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE | 1. TECS ACCESS CODE 3 |
|---|---|
| | 2. PAGE    1 |
| R E P O R T   O F   I N V E S T I G A T I O N | |
| | 3. CASE NUMBER ▓▓▓▓▓▓▓ |

| 4. TITLE: RAUL MARTINEZ |
|---|

| 5. CASE STATUS:    INIT RPT |
|---|

| 6. REPORT DATE | 7. DATE ASSIGNED | 8. CLASS | 9. PROGRAM CODE | 10. REPORT NO. |
|---|---|---|---|---|
| 032699 | 032599 | 3 | 334 | 001 |

| 11. RELATED CASE NUMBERS: ▓▓▓▓▓▓  ▓▓▓▓▓▓  ▓▓▓▓▓▓ |
|---|

| 12. COLLATERAL REQ: |
|---|

| 13. TYPE OF REPORT: |
|---|
| INVESTIGATIVE FINDINGS |

| TOPIC: RAUL MARTINEZ – INTERNATIONAL ECSTASY SMUGGLING BASED IN NETHERLANDS |
|---|

14. SYNOPSIS:
Information was received from the Amsterdam Police concerning an ecstasy smuggling organization based in the Netherlands.  Ecstasy (MDMA) is being smuggled from Amsterdam, Holland and Brussels, Belgium into Miami International Airport, Miami, Florida; Orlando, Florida and New York, NY.  The organization is currently sending couriers to the United States onboard Martin Air, City Bird and British Airways.

Raul Martinez is identified as the recruiter of ecstasy couriers in Amsterdam and has traveled numerous times into the United States.  This report will serve to document information received from the Amsterdam Police and to also document related SAIC/Miami Airport Narcotics cases.

| 15. DISTRIBUTION: | 16. SIGNATURE: |
|---|---|
| SACMI | WELLS          JOHN     C  SPECIAL AGENT |
| | 17. APPROVED: |
| | ROGERS          GEORGE     S  OI GRP SUPERVISOR |
| | 18. ORIGIN OFFICE: MI | 19. TELEPHONE: 305 597 6058 |
| | MIAMI – SAC | |
| | | 20. TYPIST: WELLS |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

Plaintiff
Exhibit "D"

OFFICIAL USE ONLY

```
| DEPARTMENT OF THE TREASURY        |1. PAGE    2                        |
| UNITED STATES CUSTOMS SERVICE     |                                    |
|                                   |2. CASE NUMBER ████████████████    |
| R E P O R T  O F  I N V E S T I G A T I O N |                          |
| C O N T I N U A T I O N           |3. REPORT NUMBER: 001               |
```

DETAILS OF INVESTIGATION:

1.    CASE #M ████████████

On December 22, 1999, Special Agents of SAIC/Miami Group 6, arrested Ketty BUDUAN-SOLANO and Juana TAVERAS for attempting to smuggle approximately 9,907 ecstasy tablets into the United States at Miami International Airport onboard Martin Air Flight #643 from Amsterdam, Holland ( Refer to Case #MI13JE99MI0124).

Information received indicates that BUDUAN-SOLANO and TAVERAS have ties to the MARTINEZ organization and were possibly recruited by the organization to smuggle ecstasy into the United States.


2.    CASE #M ████████████████

On February 13, 1999, Special Agents of SAIC/Miami Group 1, arrested Valeshka ZIMMERMAN and Altagracia BALORIAN for attempting to smuggle over 8,000 tablets \f ecstasy (MDMA) into the United States at Miami International Airport nboard City Bird Airlines Flight #703 from Brussels, Belgium.

Both ZIMMERMAN and BALORIAN provided statements after being arrested at Miami International Airport indicating that an individual named "Raul", a Colombian male, gave both she and BALORIAN each a suitcase. ZIMMERMAN further stated that "Raul" drove both her and BALORIAN to the airport in Brussels, Belgium approximately 2.5 hours away.


3.    CASE #M ████████████████

On March 6, 1999, Special Agents of SAIC/Miami Group 6, arrested Shurendy P. JANTJE for attempting to smuggle approximately 6.4 pounds of ecstasy tablets into the United States at Miami International Airport onboard Martin Air Flight #643 from Amsterdam, Holland.

JANTJE provided a statement to agents after waiving his rights. JANTJE stated that he was given a bag/suitcase by an individual named "Raul" who lives in Amsterdam.


OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

Plaintiff

O F F I C I A L   U S E   O N L Y

| | |
|---|---|
| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | 1. PAGE    3<br><br>2. CASE NUMBER MI█████████<br><br>3. REPORT NUMBER: 001 |

Information has been received by the SAIC/Miami Group 6 revealing individuals
who are  involved in ecstasy smuggling from the Netherlands to the United
States.  The SAIC/Miami Group 6 has entered lookouts on these individuals
associated with this investigation and further arrests and seixures are
anticipated.


Case continues, additional investigative leads pending.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.



Plaintiff
Exhibit "D"

REQUESTED BY:  MCGRATH, TIMOTHY J

OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

22500                    TECS II - LIST OF RELATED RECORDS              PAGE   1
                                                                        TN007060

                         6 RECORDS ARE RELATED TO BASE RECORD
M▮▮▮▮▮▮▮▮▮1    ROI  CMI WELLS            J 032699


P▮▮▮▮▮▮▮▮        BUDUAN SOLANO    KETTY    A L F 060277
          SC  SUBJECT OF CURRENT INVESTIGATION                  SUB-SOURCE

P▮▮▮▮▮▮▮▮        TAVERAS          JUANA      B F 041878
          SC  SUBJECT OF CURRENT INVESTIGATION                  SUB-SOURCE

P▮▮▮▮▮▮▮        ZIMMERMAN        VALESHKA  J B F 122077
          SC  SUBJECT OF CURRENT INVESTIGATION                  SUB-SOURCE

P▮▮▮▮▮▮        BALORIAN         ALTAGRACIA F B F 013061
          SC  SUBJECT OF CURRENT INVESTIGATION                  SUB-SOURCE

P▮▮▮▮▮▮        JANTJE           SHURENDY  P   061873
          SV  SERIOUS VIOLATOR FROM S/A/S (CF-151)              SUB-SOURCE

M▮▮▮▮▮▮        CASE CMI BUTTERFIELD      M 032599
          RAUL MARTINEZ

OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

Plaintiff
Exhibit "D"

## United States v. Manuel Geronimo

CELLULAR PHONES OF MANUEL GERONIMO (978) 590-8292 and (978) 884-8292
PAGER OF MANUEL GERONIMO (978) 659-9813
CELLULAR PHONES OF OCTAVIO GARCIA (305) 519-1454 and (305) 975-2193

### November 30, 1999

| | | | | |
|---|---|---|---|---|
| (305) 519-1454 | to | (978) 590-8292 | 7:06:14 pm | 20 seconds |
| (305) 519-1454 | to | (978) 659-9813 | 7:06:53 pm | 51 seconds |
| (978) 884-8292 | to | (305) 519-1454 | 7:13:21 pm | 90 seconds |
| (978) 884-8292 | to | (305) 519-1454 | 9:03:48 pm | 336 seconds |
| (305) 519-1454 | to | (978) 659-9813 | 10:46:09 pm | 53 seconds |
| (978) 884-8292 | to | (305) 519-1454 | 10:49:02 pm | 59 seconds |
| (305) 519-1454 | to | (978) 659-9813 | 10:53:13 pm | 41 seconds |
| (305) 519-1454 | to | (978) 659-9813 | 10:55:42 pm | 41 seconds |
| (978) 884-8292 | to | (305) 519-1454 | 10:58:19 pm | 85 seconds |
| (978) 884-8292 | to | (305) 519-1454 | 11:12:53 pm | 32 seconds |

Plaintiff
Exhibit "D"

## United States v. Manuel Geronimo

CELLULAR PHONE OF MANUEL GERONIMO  (978) 884-8292
PAGER  OF MANUEL GERONIMO  (978) 659-9813
CELLULAR PHONES OF  OCTAVIO GARCIA  (305) 519-1454 and  (305) 975-2193

### December 1, 1999

| From | | To | Time | Duration |
|---|---|---|---|---|
| (305) 975-2193 | to | (978) 828-8413 Juan | 8:23:16 am | 135 seconds |
| (305) 975-2193 | to | (978) 828-8413 Juan | 10:41:11 am | 68 seconds |
| (305) 975-2193 | to | (978) 828-8413 Juan | 2:47:31 am | 40 seconds |
| (305) 975-2193 | to | (978) 659-9813 | 3:00:45 pm | 27 seconds |
| (305) 975-2193 | to | (978) 659-9813 | 3:04:57 pm | 34 seconds |
| (978) 884-8292 | to | (305) 519-1454 | 3:11:58 pm | 2 seconds |
| (978) 884-8292 | to | (305) 519-1454 | 3:13:53 pm | 62 seconds |
| (305) 975-2193 | to | (978) 659-9813 | 5:43:02 pm | 22 seconds |
| (305) 975-2193 | to | (978) 659-9813 | 5:53:06 pm | 30 seconds |
| (305) 519-1454 | to | (978) 659-9813 | 6:04:26 pm | 37 seconds |
| (978) 884-8292 | to | (305) 519-1454 | 6:26:09 pm | 25 seconds |
| (305) 975-2193 | to | (978) 659-9813 | 6:33:45 pm | 25 seconds |
| (305) 975-2193 | to | (978) 659-9813 | 6:52:27 pm | 44 seconds |
| (305) 519-1454 | to | (978) 659-9813 | 7:15:52 pm | 40  seconds |
| (978) 884-8292 | to | (305) 519-1454 | 9:18:01 pm | 117 seconds |
| (629) 384-1090* | to | (305) 975-2193 | 9:26:49 pm | 225 seconds |

* "NILVIO" SUPPLIER FROM AMSTERDAM -  PHONES  (629) 383-8170 & (629) 383-1090

Plaintiff
Exhibit "D"

United States v. Manuel Geronimo

CELLULAR PHONE OF MANUEL GERONIMO  (978) 884-8292
PAGER OF MANUEL GERONIMO  (978) 659-9813
CELLULAR PHONES OF  OCTAVIO GARCIA (305) 519-1454 and  (305) 975-2193

December 2, 1999

| | | | | |
|---|---|---|---|---|
| (305) 519-1454 | to | (978) 828-8413 *Juan* | 9:44:28 am | 90 seconds |
| (305) 519-1454 | to | (978) 828-8413 *Juan* | 9:48:08 am | 36 seconds |
| (305) 519-1454 | to | (978) 828-8413 *Juan* | 9:53:16 am | 35 seconds |
| | | | | |
| (305) 519-1454 | to | (978) 828-8413 *Juan* | 10:23:35 am | 17 seconds |
| (305) 519-1454 | to | (978) 828-8413 *Juan* | 10:23:59 am | 29 seconds |
| (305) 519-1454 | to | (978) 828-8413 *Juan* | 10:24:32 am | 13 seconds |
| | | | | |
| (978) 884-8292 | to | (305) 519-1454 | 10:54:41 am | 49 seconds |
| | | | | |
| (305) 519-1454 | to | (978) 659-9813 | 12:04:13 pm | 39 seconds |
| (978) 884-8292 | to | (305) 519-1454 | 12:13:31 pm | 46 seconds |
| (978) 884-8292 | to | (305) 519-1454 | 12:50:13 pm | 34 seconds |
| | | | | |
| (978) 884-8292 | to | (305) 519-1454 | 3:32:15 pm | 45 seconds |
| | | | | |
| (978) 884-8292 | to | (305) 519-1454 | 6:38:37 pm | 25 seconds |
| (305) 519-1454 | to | (978) 659-9813 | 6:44:17 pm | 40 seconds |
| (978) 884-8292 | to | (305) 519-1454 | 6:47:00 pm | 24 seconds |
| | | | | |
| (305) 519-1454 | to | (978) 659-9813 | 9:15:26 pm | 46 seconds |

Plaintiff
Exhibit "D"

United States v. Manuel Geronimo

CELLULAR PHONE OF MANUEL GERONIMO (978) 884-8292
PAGER PHONE OF MANUEL GERONIMO (978) 659-9813
CELLULAR PHONES OF OCTAVIO GARCIA (305) 519-1454 and (305) 975-2193

December 3, 1999

(629) 383-8179*      to   (305) 519-1454              2:01:38 am      126 seconds

(305) 975-2193       to   (978) 828-8413 Juan         7:14:43 am       83 seconds

(629) 384-1090*      to   (305) 519-1454              7:51:13 am       61 seconds

(305) 519-1454       to   (781) 233-1800 Days Inn     8:14:50 am       91 seconds
(305) 519-1454       to   (781) 233-1800 Days Inn     8:16:48 am      128 seconds
(305) 519-1454       to   (781) 233-1800 Days Inn     8:23:03 am      163 seconds

(305) 519-1454       to   (978) 828-8413 Juan         8:39:49 am       35 seconds

(305) 519-1454       to   (978) 659-9813              9:08:59 am       41 seconds
(305) 519-1454       to   (781) 233-1800 Days Inn     9:11:49 am      166 seconds
(305) 519-1454       to   (781) 233-1800 Days Inn     9:17:34 am      216 seconds

(978) 884-8292       to   (305) 519-1454              9:51:05 am      120 seconds

*"NILVIO" SUPPLIER FROM AMSTERDAM -  PHONES  (629) 383-8170 & (629) 383-1090

Plaintiff
Exhibit "D"

## United States v. Manuel Geronimo
### POST ARREST of OCTAVIO GARCIA

CELLULAR PHONE OF MANUEL GERONIMO (978) 884-8292
PAGER OF MANUEL GERONIMO (978) 659-9813
CELLULAR PHONES OF OCTAVIO GARCIA (305) 519-1454 and (305) 975-2193

### December 3, 1999

| From | | To | Time | Duration | Note |
|---|---|---|---|---|---|
| Unknown number (Nilvio) | | (305) 519-1454 | 11:21:52 am | 146 seconds | Transcript |
| (978) 884-8292 | to | (305) 519-1454 | 12:04:09 pm | 148 seconds | Transcript |
| (978) 884-8292 | to | (305) 519-1454 | 12:37:01 pm | 25 seconds | |
| (978) 884-8292 | to | (305) 519-1454 | 12:39:21 pm | 25 seconds | |
| (978) 884-8292 | to | (305) 519-1454 | 12:40:25 pm | 17 seconds | |
| (978) 884-8292 | to | (305) 519-1454 | 12:41:48 pm | 25 seconds | |
| (978) 884-8292 | to | (305) 519-1454 | 12:43:22 pm | 25 seconds | |
| (978) 884-8292 | to | (305) 519-1454 | 12:47:58 pm | 25 seconds | |
| (978) 884-8292 | to | (305) 519-1454 | 12:50:30 pm | 25 seconds | |
| (978) 884-8292 | to | (305) 519-1454 | 12:55:30 pm | 26 seconds | |
| (978) 884-8292 | to | (305) 519-1454 | 12:56:25 pm | 47 seconds | |
| (978) 884-8292 | to | (305) 519-1454 | 1:01:18 pm | 27 seconds | Transcript |
| (978) 884-8292 | to | (305) 519-1454 | 1:02:01 pm | 85 seconds | Transcript |
| (629) 384-1090* | to | (305) 519-1454 | 1:23:46 pm | 146 seconds | Transcript |
| (978) 884-8292 | to | (305) 519-1454 | 1:33:02 pm | 171 seconds | Transcript |
| (978) 884-8292 | to | (305) 519-1454 | 1:44:45 pm | 26 seconds | Transcript |
| (978) 884-8292 | to | (781) 324-1900 Comfort Inn | 2:31:15 pm | 56 seconds | |
| (978) 884-8292 | to | (781) 324-1900 Comfort Inn | 2:47:44 pm | 84 seconds | |
| (978) 884-8292 | to | (781) 324-1900 Comfort Inn | 2:50:29 pm | 30 seconds | |
| Unknown number (Nilvio) | | (305) 519-1454 | 2:54:00 pm | 36 seconds | Transcript |
| (978) 884-8292 | to | (305) 519-1454 | 3:05:44 pm | 32 seconds | Transcript |

* "NILVIO" SUPPLIER FROM AMSTERDAM -- PHONES  (629) 383-8170 & (629) 383-1090

Plaintiff
Exhibit "D"

# United States v. Manuel Geronimo
## POST ARREST of OCTAVIO GARCIA

CELLULAR PHONE OF MANUEL GERONIMO (978) 884-8292
PAGER OF MANUEL GERONIMO (978) 659-9813
CELLULAR PHONES OF OCTAVIO GARCIA (305) 519-1454 and (305) 975-2193

### December 3, 1999

| From | | To | Time | Duration | |
|---|---|---|---|---|---|
| Unknown number (Nilvio) | | (305) 519-1454 | 11:21:52 am | 146 second | Transcrip |
| (978) 884-8292 | to | (305) 519-1454 | 12:04:09 pm | 148 second | Transcrip |
| (978) 884-8292 | to | (305) 519-1454 | 12:37:01 pm | 25 seconds | |
| (978) 884-8292 | to | (305) 519-1454 | 12:39:21 pm | 25 seconds | |
| (978) 884-8292 | to | (305) 519-1454 | 12:40:25 pm | 17 seconds | |
| (978) 884-8292 | to | (305) 519-1454 | 12:41:48 pm | 25 seconds | |
| (978) 884-8292 | to | (305) 519-1454 | 12:43:22 pm | 25 seconds | |
| (978) 884-8292 | to | (305) 519-1454 | 12:47:58 pm | 25 seconds | |
| (978) 884-8292 | to | (305) 519-1454 | 12:50:30 pm | 25 seconds | |
| (978) 884-8292 | to | (305) 519-1454 | 12:55:30 pm | 26 seconds | |
| (978) 884-8292 | to | (305) 519-1454 | 12:56:25 pm | 47 seconds | Transc |
| (978) 884-8292 | to | (305) 519-1454 | 1:01:18 pm | 27 seconds | Transc |
| (978) 884-8292 | to | (305) 519-1454 | 1:02:01 pm | 85 seconds | |
| (629) 384-1090* | to | (305) 519-1454 | 1:23:46 pm | 146 second | Transc |
| (978) 884-8292 | to | (305) 519-1454 | 1:33:02 pm | 171 second | Transc |
| (978) 884-8292 | to | (305) 519-1454 | 1:44:45 pm | 26 seconds | Transc |
| (978) 884-8292 | to | (781) 324-1900 Comfort Inn | 2:31:15 pm | 56 seconds | |
| (978) 884-8292 | to | (781) 324-1900 Comfort inn | 2:47:44 pm | 84 seconds | |
| (978) 884-8292 | to | (781) 324-1900 Comfort Inn | 2:50:29 pm | 30 seconds | |
| Unknown number (Nilvio) | | (305) 519-1454 | 2:54:00 pm | 36 seconds | Transc |
| (978) 884-8292 | to | (305) 519-1454 | 3:05:44 pm | 32 seconds | Transc |

*"NILVIO" SUPPLIER FROM AMSTERDAM - PHONES (629) 383-8170 & (629) 383-10

Plaintiff
Exhibit "D"

# United States v. Manuel Geronimo

CELLULAR PHONES OF MANUEL GERONIMO (978) 590-8292 and (978) 884-8292
PAGER OF MANUEL GERONIMO (978) 659-9813
CELLULAR PHONES OF OCTAVIO GARCIA (305) 519-1454 and (305) 975-2193

## November 30, 1999

| | | | | |
|---|---|---|---|---|
| (305) 519-1454 | to | (978) 590-8292 | 7:06:14 pm | 20 sec |
| (305) 519-1454 | to | (978) 659-9813 | 7:06:53 pm | 51 sec |
| (978) 884-8292 | to | (305) 519-1454 | 7:13:21 pm | 90 sec |
| (978) 884-8292 | to | (305) 519-1454 | 9:03:48 pm | 336 sec |
| (305) 519-1454 | to | (978) 659-9813 | 10:46:09 pm | 53 sec |
| (978) 884-8292 | to | (305) 519-1454 | 10:49:02 pm | 59 sec |
| (305) 519-1454 | to | (978) 659-9813 | 10:53:13 pm | 41 sec |
| (305) 519-1454 | to | (978) 659-9813 | 10:55:42 pm | 41 sec |
| (978) 884-8292 | to | (305) 519-1454 | 10:58:19 pm | 85 sec |
| (978) 884-8292 | to | (305) 519-1454 | 11:12:53 pm | 32 sec |

Plaintiff
Exhibit "D"

# United States v. Manuel Geronimo

CELLULAR PHONE OF MANUEL GERONIMO (978) 884-8292
PAGER OF MANUEL GERONIMO (978) 659-9813
CELLULAR PHONES OF OCTAVIO GARCIA (305) 519-1454 and (305) 975-2193

## December 2, 1999

| From | | To | Time | Duration |
|---|---|---|---|---|
| (305) 519-1454 | to | (978) 828-8413 Juan | 9:44:28 am | 90 sec |
| (305) 519-1454 | to | (978) 828-8413 Juan | 9:48:08 am | 36 sec |
| (305) 519-1454 | to | (978) 828-8413 Juan | 9:53:16 am | 35 sec |
| (305) 519-1454 | to | (978) 828-8413 Juan | 10:23:35 am | 17 sec |
| (305) 519-1454 | to | (978) 828-8413 Juan | 10:23:59 am | 29 sec |
| (305) 519-1454 | to | (978) 828-8413 Juan | 10:24:32 am | 13 sec |
| (978) 884-8292 | to | (305) 519-1454 | 10:54:41 am | 49 sec |
| (305) 519-1454 | to | (978) 659-9813 | 12:04:13 pm | 39 sec |
| (978) 884-8292 | to | (305) 519-1454 | 12:13:31 pm | 46 sec |
| (978) 884-8292 | to | (305) 519-1454 | 12:50:13 pm | 34 sec |
| (978) 884-8292 | to | (305) 519-1454 | 3:32:15 pm | 45 sec |
| (978) 884-8292 | to | (305) 519-1454 | 6:38:37 pm | 25 sec |
| (305) 519-1454 | to | (978) 659-9813 | 6:44:17 pm | 40 sec |
| (978) 884-8292 | to | (305) 519-1454 | 6:47:00 pm | 24 sec |
| (305) 519-1454 | to | (978) 659-9813 | 9:15:26 pm | 46 sec |

Plaintiff
Exhibit "D"

## United States v. Manuel Geronimo

CELLULAR PHONE OF MANUEL GERONIMO (978) 884-8292
PAGER PHONE OF MANUEL GERONIMO (978) 659-9813
CELLULAR PHONES OF OCTAVIO GARCIA (305) 519-1454 and (305) 975-2193

### December 3, 1999

| | | | | |
|---|---|---|---|---|
| (629) 383-8179* | to | (305) 519-1454 | 2:01:38 am | 126 seconds |
| (305) 975-2193 | to | (978) 828-8413 Juan | 7:14:43 am | 83 seconds |
| (629) 384-1090* | to | (305) 519-1454 | 7:51:13 am | 61 seconds |
| (305) 519-1454 | to | (781) 233-1800 Days Inn | 8:14:50 am | 91 seconds |
| (305) 519-1454 | to | (781) 233-1800 Days Inn | 8:16:48 am | 128 seconds |
| (305) 519-1454 | to | (781) 233-1800 Days Inn | 8:23:03 am | 163 seconds |
| (305) 519-1454 | to | (978) 828-8413 Juan | 8:39:49 am | 35 seconds |
| (305) 519-1454 | to | (978) 659-9813 | 9:08:59 am | 41 seconds |
| (305) 519-1454 | to | (781) 233-1800 Days Inn | 9:11:49 am | 166 seconds |
| (305) 519-1454 | to | (781) 233-1800 Days Inn | 9:17:34 am | 216 seconds |
| (978) 884-8292 | to | (305) 519-1454 | 9:51:05 am | 120 seconds |

*"NILVIO" SUPPLIER FROM AMSTERDAM - PHONES (629) 383-8170 & (629) 383-10

**Plaintiff Exhibit "D"**