USA TODAY
DATED: THURSDAY DECEMBER 15, 2005.

## Order to ease public access to government information

The White House is issuing a new policy easing public access to government information in response to complaints by news organizations that too much is withheld, White House spokesman Scott McClellan said President Bush will sign an executive order that will improve public disclosure under the federal Freedom of Information Act (FOIA).

The policy change requires each federal agency to designate a senior official as the chief FOIA officer who must take a close look at the agency's FOIA programs and come up with a plan to improve them. The agencies will be directed to make their processes "citizen-centered and goal-oriented," McClellan said.

The government spends $300 million a year on FOIA matters. More than 4 million requests were made to the federal government last year by the public and the media. Many drag on for years without resolution.

PLAINTIFF EXHIBIT "E"