UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL A. GERONIMO,              )<br>　　　　　Plaintiff,        )<br>                                  )<br>　　　v.                          )<br>                                  )<br>UNITED STATES DEPARTMENT OF      )<br>　　　JUSTICE, et al.,            )<br>　　　　　Defendant.       )<br>_____ ) | Civ. No. 05-1057 (JDB) |

**STATUS REPORT**

　　Defendant, through its undersigned attorneys, respectfully submits this report on the status of the review of documents by the Drug Enforcement Administration.

　　The Drug Enforcement Administration FOIA Office reported that they have completed their review of the documents submitted to them by the FOIA Office for the Executive Office for United States Attorneys. They reported that 138 pages of documents were received by them. See EX 1. One page was a cover sheet, one page was blank, and 88 pages were exact duplicates of pages of DEA laboratory test results sent to plaintiff. On January 24, 2006, the DEA sent to

plaintiff portions of 46 pages and two pages in their entirety. *Id.* Duplicate pages were not sent to plaintiff. *Id.*

        Respectfully submitted,

        _____
        KENNETH L. WAINSTEIN, D.C. BAR # 451058
        United States Attorney

        _____
        R. CRAIG LAWRENCE, D.C. BAR # 171538
        Assistant United States Attorney

        _____
        RHONDA C. FIELDS
        Assistant United States Attorney
        Civil Division
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        202/514/6970

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 13th day of February, 2006, a copy of the foregoing status report was mailed first class postage prepaid to the defendant pro se

Manuel A. Geronimo  
R22893-038  
MCI Devens  
PO Box 879  
Ayer, MA 01432.

                                                                     Rhonda C. Fields  
                                                                     Assistant United States Attorney