

**U. S. Department of Justice**
Drug Enforcement Administration
Office of Chief Counsel
Administrative Law Section

---

*www.dea.gov*

Mr. Manuel Geronimo
#22893-038
FMC ~~FCI~~ Devens
P.O. Box 879
Ayer, MA 101432-0879

Re: *Manuel Geronimo v. Executive Office for United States Attorneys,*  CA 05-01057
    DEA FOIA Request No. 06-0418-P

Dear Mr. Geronimo:

    Enclosed please find portions of 46 pages and two (2) pages in their entirety. The information was referred to the Drug Enforcement Administration (DEA) by letter dated September 26, and re-transmitted December 29, 2005, from the Executive Office of United States Attorneys (EOUSA) and is responsive to your Freedom of Information Privacy Act (FOIA/PA) request dated November 21, 2004.