UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MANUEL A. GERONIMO, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-1057 (JDB) |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) | |
| Defendant. | ) ) | |

**ERRATA**

Due to a scanning error, the entirety of Exhibit 1 to the Status Report filed on February 13, 2006, does not appear on the PDF document filed. A re-scanned Exhibit 1 is attached.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 14th day of February, 2006, a copy of the foregoing Errata was mailed first class postage prepaid to the defendant pro se

Manuel A. Geronimo  
R22893-038  
MCI Devens  
PO Box 879  
Ayer, MA 01432.

                                                          Rhonda C. Fields  
                                                          Assistant United States Attorney