

**U. S. Department of Justice**
Drug Enforcement Administration
Office of Chief Counsel
Administrative Law Section

*www.dea.gov*

Mr. Manuel Geronimo
#22893-038
Fmc FMC Devens
P.O. Box 879
Ayer, MA 101432-0879

Re: *Manuel Geronimo v. Executive Office for United States Attorneys*, CA 05-01057
   DEA FOIA Request No. 06-0418-P

Dear Mr. Geronimo:

   Enclosed please find portions of 46 pages and two (2) pages in their entirety. The information was referred to the Drug Enforcement Administration (DEA) by letter dated September 26, and re-transmitted December 29, 2005, from the Executive Office of United States Attorneys (EOUSA) and is responsive to your Freedom of Information Privacy Act (FOIA/PA) request dated November 21, 2004.

   Although the EOUSA indicated that 140 pages were referred, after a thorough count and review, DEA counted only 138 pages. The material included a one (1) page cover sheet, a single blank page and 136 pages of material related to forensic testing conducted by a DEA drug laboratory. Of the 136 pages, DEA found that the test results were copied three (3) times resulting in 88 pages of exact duplicates. The duplicates were not provided to you and will be returned to EOUSA for whatever action they deem appropriate.

                                       Sincerely,

                                       William C. Little, Jr.
                                       Senior Attorney
                                       Administrative Law Section

CCA:WCLittle_____
CCA Chron
CCA File
EOUSA
Rhonda Fields, AUSA
Document name:H: :My Documents/correspondence/releaseltr.wpd:12/13/05