UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Manuel A. Geronimo,<br><br>Plaintiff,<br><br>v.<br><br>Executive Office for United States Attorneys,<br><br>Defendant. | Civil Action No.  05-1057 (JDB) |

ORDER

On July 22, 2005, plaintiff filed a reply to defendant's Answer and moved for summary judgment.  Summary judgment is warranted "if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law."  Fed. R. Civ. P. 56 (c).  Plaintiff's motion was based only on the pleadings, *i.e.*, the complaint and the answer.  *See* Fed. R. Civ. P. 7(a).  In its Answer, defendant created genuine issues by denying material facts set forth in the complaint.  Since then, the factual record has been developed through defendant's pending motion for summary judgment and plaintiff's opposition.  Accordingly, it is

ORDERED that plaintiff's motion for summary judgment [Dkt. # 10] is DENIED.

                                                  s/
                                      JOHN D. BATES
                                 United States District Judge

Dated: February 16, 2006

Paper Copy to:

Manuel A. Geronimo
R 22893-038
Devens Federal Medical Center
P. O. Box 879
Ayer, MA 01432