**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MANUEL A. GERONIMO | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | |
| vs. | ) | Civil Action No.    05-01057 (JDB) |
| | ) | |
| | ) | |
| EXECUTIVE OFFICE For UNITED | ) | |
| STATES ATTORNEYS, | ) | |
| Respondent, | ) | |
| _____ | ) | |

**MOTION FOR EXTENSION OF TIME**

Defendant respectfully requests an extension of one week in which to file its reply in this matter for the EOUSA.   The reply was due on February 16, 2006.  In preparing the reply a possible inconsistency has arisen which must be clarified by EOUSA before the reply can be addressed.  This is the first request for enlargement.

Therefore, it is respectfully requested that the Court grant the requested extension.  A proposed order is attached.

Respectfully submitted,

_____

KENNETH L. WAINSTEIN D.C. Bar # 451058
United States Attorney

_____

 R. CRAIG LAWRENCE, D.C.  BAR #171538
Assistant United States Attorney

_____

RHONDA C. FIELDS
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of February, 2006, a copy of the foregoing Motion for extension was mailed first class postage prepaid to the defendant pro se

Manuel A. Geronimo
R22893-038
MCI Devens
PO Box 879
Ayer, MA 01432.


_____
Rhonda C. Fields
Assistant United States Attorney