UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL A. GERONIMO,<br>   Petitioner,<br><br>vs.<br><br>EXECUTIVE OFFICE For UNITED<br>STATES ATTORNEYS,<br>   Respondent, | Civil Action No. 05-01057 (JDB) |

ORDER

Upon consideration of defendant's motion for an extension of time until February 23, 2006 to file its reply for the Executive Office of United States Attorneys, it is hereby

ORDERED that the motion is GRANTED.

Date: _____
       UNITED STATES DISTRICT JUDGE