UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

Manuel A. Geronimo,         :
        Plaintiff            :
                             :     Civil Action No.
            v.               :        05-01057
                             :
Executive Office for         :
    United States Attorney,  :
        Defendant            :
                             :

## DECLARATION OF ROBERTA M. TRUMAN

1.   I, Roberta M. Truman, do hereby declare that I am an Assistant Regional Counsel in the Northeast Regional Office. Prior to this position I was the Attorney Advisor for the Federal Correctional Institution (FCI) in Fairton, New Jersey.  I have worked for the Federal Bureau of Prisons as an attorney since December 17, 1989.

2.   For safety and security reasons, inmates are prohibited from obtaining and possessing photocopies of their Pre Sentence Report (PSR).  See Bureau of Prisons Program Statement 1351.05, at www.BOP.GOV.  Inmates are provided access to their own PSR by submitting a request to a staff member to review the PSR.  During this review, they are allowed to take notes.  If Plaintiff, Manuel A. Geronimo, Reg. No. 22893-098, had requested either a copy of his PSR or access to review his PSR, this would have been arranged by his Case Manager.

3.   On February 22, 2006, I researched whether Plaintiff had requested a copy of his PSR or requested access to review his PSR.  I spoke with his Case Manager, Lynn Kelly; had his Central File reviewed; and reviewed the computerized database documenting

any formal requests he may have made pursuant to the administrative remedy program.  There is no record, and staff does not recall, of plaintiff requesting either a copy of his PSR or access to review his PSR in accordance with BOP policy.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on February 23, 2006,

Roberta M. Truman
Assistant Regional Counsel

2