UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL A. GERONIMO,<br>              Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF<br>            JUSTICE,<br>              Defendant. | )<br>)<br>)<br>)   Civ. No. 05-1057 (JDB)<br>)<br>)<br>)<br>) |

**MOTION FOR EXTENSION OF TIME TO FILE
DISPOSITIVE MOTION CONCERNING CUSTOMS DOCUMENTS**

Defendant respectfully requests an extension of time in which to file a dispositive motion concerning documents referred to the United States Customs Service (Customs) for processing of plaintiff's FOIA request and direct response to him.

On January 14, 2006, the Court directed defendant to file its dispositive motion concerning records referred to the Drug Enforcement Administration (DEA) and Customs on March 20, 2006.

The DEA has processed the documents referred to it and submitted a declaration concerning exemptions used. A summary judgment motion concerning DEA's exemptions is being filed on March 20, 2006.

Customs has advised that it has not completed processing of the approximately 669 pages referred to it. Customs estimates that it will need an additional 45 days to finish processing the documents and submit a declaration.

This is the first request for an extension of time to file a dispositive motion concerning the Customs documents.

Therefore, it is respectfully requested that the Court grant defendant a 60 day extension to file its dispositive motion concerning documents referred to Customs.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
RUDOLPH C. CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 20th day of March, 2006 a copy of the foregoing Motion for Extension of Time Concerning Customs Documents was mailed first class postage prepaid to the defendant pro se

Manuel A. Geronimo
R22893-038
MCI Devens
PO Box 879
Ayer, MA 01432.

                                      Rhonda C. Fields
                                      Assistant United States Attorney