UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL A. GERONIMO,<br>        Plaintiff, | )<br>)<br>) |
| v. | ) Civ. No. 05-1057 (JDB) |
| | ) |
| UNITED STATES DEPARTMENT OF JUSTICE,<br>        Defendant. | )<br>)<br>)<br>) |

ORDER

Upon consideration of defendant's motion for an extension of time in which to file its dispositive motion concerning Customs documents, it is hereby

ORDERED that the motion is GRANTED and defendant shall file its dispositive motion concerning Customs documents on or before May 19, 2006.

Date: _____
           UNITED STATES DISTRICT JUDGE