**Defendant's Exhibit 1**

*Office of Investigations*

**U.S. Department of Homeland Security**
425 I Street, NW
Washington, DC 20536



**U.S. Immigration
and Customs
Enforcement**

**MAY   5  2006**

DIS 2-01 OI:MS:ID
06-FOIA-21586 AAA

Mr. Manuel Geronimo
Reg. No. 22893-038
FMC Devens
P.O. Box 879
Ayer, Massachusetts 01432

Dear Mr. Geronimo:

This letter is in reference to your request dated, November 21, 2004, which was referred to this
office by the U.S. Department of Justice, Executive Office for United States Attorneys (EOUSA)
on January 18, 2006, together with six hundred and seventy-one (671) pages of information. In
your letter you requested, pursuant to the Freedom of Information Act (FOIA) and/or Privacy Act
(PA), access to records pertaining to yourself.

Please excuse our tardiness in responding to you. We are at this time experiencing personnel
shortages that have adversely impacted our response time to the public. However, it has not
impacted the quality of our service and our dedication to the public at large.

Please be advised that we have reviewed the referred documents from EOUSA. Forty-nine (49)
pages of the referred documents are being released to you with redactions made pursuant to
exemptions  (b)(2), (b)(6), (b)(7)(C), (b)(7)(D), (b)(7)(E) and (b)(7)(F) of the FOIA.  Two
hundred and forty-eight (248) pages are being withheld in their entirety pursuant to exemptions
(b)(2), (b)(5), (b)(6), (b)(7)(C), (b)(7)(D), (b)(7)(E) and (b)(7)(F) of the FOIA. One hundred and
thirty (130) pages were deemed non-responsive to your request and therefore are not being
processed to you. The remaining two hundred and fifty-four (254) pages are duplicate material
and are among the above mentioned.

Insofar as you may consider the withholding of information a denial of your request for
disclosure, you may appeal such denial, in writing, within 35 days after the date of this
notification to the Privacy Office, Attn: FOIA Appeals, Department of Homeland Security, 245
Murray Lane, SW, Building 410, Washington, D.C. 20528.

Mr. Manuel Geronimo
Page 2

Also, enclosed is an information sheet pertaining to exemptions from disclosure under the FOIA, and your right to administrative appeal and judicial review.

Sincerely,

For

Gloria L. Marshall
Chief, Information Disclosure Unit
Mission Support Division
Office of Investigations

Enclosures

**Definitions of the Exemptions**
**Under The Freedom of Information Act (5 U.S.C. 552)**

**Pursuant to 5 U.S.C. 552 (b), the Freedom of Information Act does not apply to matters that are –**

- **(1)(A) specifically authorized under rules established by an Executive Order to be kept secret in the interest of national security defense or foreign policy and (B) are in fact properly classified under such order;**

- **(2) related solely to the internal personnel rules and practices of an agency;**

- **(3) specifically exempt from disclosure by statute, provided that such statute (A) requires that the matters be withheld from the public so as to leave no discretion on the issue or, (B) established particular criteria for withholding or refers to particular kinds of matters to be withheld;**

- **(4) trade secrets and commercial or financial information obtained from a person and privileged or confidential;**

- **(5) inter-agency or intra-agency memoranda or letters which would not be available by law to a party other than an agency in litigation with the agency;**

- **(6) personnel and medical files and similar files the disclosure of which constitutes a clearly unwarranted invasion of personal privacy;**

- **(7) records of information compiled for law enforcement purposes, but only to the extent that the production of such records or information**

    - **(A)  could reasonably be expected to interfere with enforcement proceedings,**
    - **(B)  would deprive a person of a right to a fair trial or impartial adjudication,**
    - **(C)  could reasonably be expected to constitute an unwarranted invasion of personal privacy,**
    - **(D)  could reasonably be expected to disclose the identity of a confidential source, including State, local or foreign agency or authority, or any private institution which furnished information on a confidential basis, and for a record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source,**
    - **(E)  would disclose techniques and procedures for law enforcement investigations or prosecutions or procedures or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or**
    - **(F)  could reasonably be expected to endanger the life or physical safety of any individual;**

- **(8) contained in or related to examination, operating or condition reports prepared by or for any agency responsible for the regulation or supervision of financial institutions; or**

## AFFIDAVIT OF SPECIAL AGENT ███████████

I, Special Agent ███████████ deposes and states as
follows:    (b)(2)(b)(6)(b)(7)(C) + (b)(7)(F)

1.  I am a Special Agent with the United States Customs
Service.  I have been so employed with Customs for over fifteen
years as a special agent.  Prior to my employment with U.S.
Customs, I was employed as a Special Agent with the Bureau of
Alcohol, Tobacco and Firearms.  I have been assigned to the
narcotics smuggling unit of the Boston office of U.S. Customs
since March 1997 and since then I have been involved in more than
two dozen drug related investigations involving the illegal
smuggling of cocaine, heroin, ecstasy, hashish, marijuana and
anabolic steroids.  I have also received training from U.S.
Customs at the Federal Law Enforcement Training Center in all
aspects of drug smuggling, including the structure, organization,
and operation of international drug smuggling groups, the
techniques used by such persons to finance and import drugs, and
the identification of documents and other records commonly
generated by such operations.

2.  I submit this affidavit in support of a criminal (b)(6)
complaint charging ██████████████████████ and **MANUAL** (b)(7)(C)
**GERONIMO ("Manny")** with conspiracy to import into the Customs
territory of the United States from a place outside thereof, a
quantity of 3,4 Metheyldioxymethamphetamine/MDMA, a/k/a
"ecstasy", a class I controlled substance, in violation of 21

U.S.C. §963.

3.  The information contained in this affidavit is based upon facts and circumstances related to me by law enforcement officers involved in the investigation, in particular, Special Agent ▮▮▮▮▮▮, Special Agent ▮▮▮▮▮▮, Special Agent ▮▮▮▮▮▮, and Inspector ▮▮▮▮▮▮, all of the United States Customs Service. This affidavit does not set forth all the facts developed during the course of this investigation. Rather, it sets forth only those facts that are necessary and sufficient to establish probable cause to believe that ▮▮▮▮▮▮ and MANUAL GERONIMO ("Manny") have committed the crime set forth in the accompanying Criminal Complaint.



(b)(6).
(b)(7)(C)



When these pockets were opened, the Inspectors discovered that *each* pocket contained an individual taped package, eight (8) to ten (10) inches long and between two (2) and three (3) inches in diameter and containing approximately 1300 off-white colored pills each embossed with the numeral "8" on the sides of the pill.[1]

7.    Several pills (b)(2),(b)(6), (b)(7)(C) + (b)(7)(F) were field-tested by Customs' Inspector          utilized the Marquis #2 narcotics field test to identify the presence of amphetamines in the aforementioned pills.  This is the particular chemical field test that U.S. Customs uses to test whether a substance is "ecstasy" or 3,4 Metheyldioxymethamphetamine/MDMA. Insp.          found that the test proved positive for the presence of amphetamines. (b)(2), (b)(6), (b)(7)(C) + (b)(7)(F)  Based upon the test results and

---

(b)(6)+(b)(7)(c)

[1] Based upon this discovery, it was determined that          approximately 10,000 individual pills of "ecstasy"; or 20,000 pills in total.

(b)(6)+(b)(7)(c)

4

Customs' discovery of a substantial number "ecstasy" tablets ████ (b)(7)(c)

████████████████ Special Agents from U.S. Customs

were summoned who were working at the airport. ████████ (b)(2) (b)(6) (b)(7)(c) (b)(7)(D) (b)(7)(E)

(b)(6) + (b)(7)(c)

(b)(2), (b)(6), (b)(7)(C) + (b)(7)(E)    6



the purchaser of the drugs and an individual later identified as **MANUAL GERONIMO ("Manny")**.

15.    At approximately 3:15 P.M., Manny arrived at the (b)(6) (b)(7)(C) Comfort Inn in Revere and entered the room that were staying. As before, the room was

(b)(2)

7

equipped with audio and video recording machines. After Manny

entered and was greeted by _____ *(b)(6) & (b)(7)(C)* Manny examined the content of

a suitcase containing the ecstasy pills, and pulled out a stack

of U.S. currency and placed same on the bed. Manny then picked

up the suitcase containing the pills and indicated that he was

leaving. At that moment, he was arrested by Customs agents and

taken into custody.

16. Based on the information contained in this Affidavit,

all of which are true and accurate to the best of my knowledge,

information and belief, I believe that there is probable cause to

believe that _____ and **MANUAL**

GERONIMO ("Manny") have committed violations *(b)(6) & (b)(7)(C)* of the United States

Customs' law.

*(b)(6), (b)(6), (b)(7)(C) & (b)(7)(F)*

_____
Special Agent
United States Customs Service


Sworn to and subscribed before me this 3rd day _____,

1999.


_____
**MARIANNE B. BOWLER**
United States Magistrate Judge

# United States District Court

_____ DISTRICT OF _____ **_MASSACHUSETTS_** _____

In the Matter of the Search of
(Name, address or brief description of property or premises to be searched)

**Sprint PCS TouchPoint black
cellular telephone; Type: DC 3.6V;
FCC ID:LXC-D100; D89C21F.**

**APPLICATION AND AFFIDAVIT
FOR
SEARCH WARRANT**

**Seized on December 3, 1999 from Manual Geronimo**

_(b)(2), (b)(6), (b)(7)(c) - NCTF._

Case Number:  99-m-1534-MBB

I, Special Agent ███████ United States Customs Service (USCS), being duly sworn and depose and say:

I am a Special Agent of the USCS and have reason to believe that

☐ on the person of or   ☐ on the premises known as (name, description and/or location)

**Sprint PCS TouchPoint black cellular telephone; Type: DC 3.6V; FCC ID:LXC-D100; D89C21F.**
seized from Manual Geronimo on December 3, 1999

in the District of _____ MASSACHUSETTS _____ there is now concealed a certain person or property, namely
(describe the person or property)

**evidence consisting of stored and embedded information and data, including but not limited to
subscriber information, telephone numbers, names, and/or addresses**

which is relevant to an investigation of a violation of Title 21 U.S.C. Section 963. The facts supporting the issuance of a
search warrant as attached in an affidavit made a part hereof. _(b)(2), (b)(6), (b)(7)(c) - NCTF_

██████████████

**S/A USCS**

Sworn to me before me and subscribed in my presence

Dec. 22, 1999 @   at   Boston, Massachusetts
Date and Time Issued    2:45 PM   City and State

Hon.  MARIANNE B. BOWLER
United States Magistrate Judge

Maurice B. Powers   USMJ
Signature of Judicial Officer

99-m-1534-mb



(b)(2), (b)(6), b (b)(7)(F)

**AFFIDAVIT**

I, [redacted] being first duly sworn, depose and state:

1.     I am employed as a Special Agent with the U.S. Customs Service (USCS) and have been so employed for the past twenty-four years (24) years. I am currently assigned to the Narcotics Smuggling Group and have conducted and participated in numerous investigations involving narcotics trafficking. As a Special Agent, I am responsible for investigating narcotics smuggling cases involving persons and cargo entering the United States. I make this affidavit in my official capacity as a Special Agent with the USCS. This affidavit is based upon my personal knowledge, as well as on information provided to me by other U.S. Customs' personnel..

2.     This affidavit does not set forth all the facts developed during the course of this investigation. Rather, it sets forth only those facts that I believe are necessary and sufficient to establish probable cause to search the electronic data and other contents of a cellular telephone seized from defendant Manual Geronimo immediately following his arrest on December 3, 1999.

**Background** (b)(6) + (b)(7)(C)

[redacted] the Inspectors discovered a total of (b)(6) approximately 20,000 tables [redacted] Several tablets were retrieved [redacted] (b)(6) [redacted] and were field-tested by Customs' Inspector [redacted] utilized the Marquis #2 (b)(6) narcotics field test to identify the presence of amphetamines in the aforementioned pills. This is the particular chemical field test that U.S. Customs uses to test whether a substance is "ecstasy" or 3,4 Methylenedioxymethamphetamine/MDMA. Insp [redacted] found that the test proved positive for the presence of amphetamines.   The total number of tablets were later weighed by Customs' agents and found to weigh a total of approximately 6 kilograms. (MDMA is a Schedule I controlled substance).

(b)(6) + (b)(7)(C)

(b)(2)
(b)(6)

[redacted]

(b)(2), (b)(6)                    3  (b)(7)F



. At approximately 3:00 P.M., I was alerted that an Hispanic male had entered the hotel and was heading upstairs in the direction of the room that ▮▮▮▮ was in. A short time later, this Hispanic male knocked at the hotel room door and was let into the room ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

(b)(6)4

11.    After ▮▮▮▮▮ and the Hispanic male, later identified as "Manny" by ▮▮▮▮▮ greeted each another ▮▮▮▮▮ pointed to a open suitcase on the bed that contained the black vest -- that was also open -- with the ecstasy pills inside. After Manny removed $6000 in cash from his pocket that was to be given to the courier and placed it on the bed, and after ▮▮▮▮▮▮▮ removed miscellaneous clothing from the suitcase, ▮▮▮▮▮ folded the black vest into the suitcase and zippered the bag closed ▮▮▮▮▮ handed the suitcase to Manny who then turned to walk out of the hotel room. As soon as Manny reached the room door, he was arrested by Customs' agents.

**Sprint PCS cellular telephone**

12.    A search of Manny's person incident to his arrest revealed the following items: a Massachusetts Driver's License with Manny's photo on it and in the name of Manual Geronimo of Lawrence, Massachusetts; a Sprint business card with the lettering "MDMA" and a Dutch telephone number printed on it; and a Sprint cellular telephone.[3]

13.    Through my training and experience, I have learned that the internal circuitry of cellular telephones contain electronically stored and embedded information and data that includes, but is not limited to, particular subscriber information, recently dialed telephone and pager numbers,

---

[3] **Sprint PCS TouchPoint black cellular telephone; Type: DC 3.6V; FCC ID:LXC-D100; D89C21F.**

4

and the names, telephone numbers and addresses of individuals contained on the cell phones' internal directory or messaging system.

14.    Accordingly, I believe that the Sprint  cellular telephone taken from Manny on December 3, 1999 contains the aforementioned information which is highly relevant to this investigation. In your affiant's experience, cellular telephones are commonly used by individuals involved in narcotics trafficking so that co-conspirators can communicate amongst each other in order to facilitate narcotics transactions.

(b)(6) + (b)(7)(c)

. In addition, a Sprint cellular telephone was seized from Manny immediately after he agreed with          to take possession of a smuggled vest containing 10,000 pills of MDMA, a Schedule I controlled substance, as part of a larger conspiracy to import 20,000 pills of MDMA into the United States. Furthermore, there is evidence that Manny communicated by telephone with          in the Comfort Inn hotel room on multiple occasions before he arrived at the Comfort Inn and was arrested by Customs' agents.

(b)(6) + (b)(7)(c)

(b)(6)
(b)(7)(c)

WHEREFORE, your affiant respectfully requests that the Court issue a search warrant commanding your affiant or any other duly authorized law enforcement official to access the electronic information contained within the aforementioned Sprint cellular telephone.

(b)(2)   (b)(6), (b)(7)(c)

**Special Agent**
**United States Customs Service**

Sworn to and subscribed before me this 22[th] day of December, 1999

_Marianne B. Bowler_
**HON. MARIANNE B. BOWLER**
**UNITED STATES MAGISTRATE JUDGE**
**DISTRICT OF MASSACHUSETTS**

**CUSTOMS CONTROLLED SUBSTANCES ENFORCEMENT SUBPOENA**

O (Name, Address, City, State, ZIP)

renet
Technology Drive Suite 400
ano, TX 75074
tn: Keeper of the Records

(b)(6)+(b)(7)(C)

**DEPARTMENT OF THE TREASURY**
**UNITED STATES CUSTOMS SERVICE**

# SUBPOENA
## TO APPEAR AND/OR PRODUCE RECORDS

r the service of this subpoena upon you, YOU ARE HEREBY REQUIRED TO:

(A) ☐ APPEAR before the Customs Special Agent named in Block 2 below at the place, date, and time indicated, to testify and give information.

(B) ☒ PRODUCE the records (including statements, declarations, other documents, and tangible things) indicated in Block 3 below, before the Customs officer named in Block 2 at the place, date, and time indicated.

our testimony and/or the production of the indicated records is required in connection with an investigation or inquiry oncerning the enforcement of section 545, Title 18, U.S. Code (relating to the smuggling of goods into the United States), ith respect to any controlled substance.

ailure to comply with this subpoena will render you liable to proceedings in a U.S. District Court to enforce compliance ith this subpoena as well as other sanctions.

| (A) NAME, TITLE, ADDRESS, AND TELEPHONE NUMBER OF CUSTOMS SPECIAL AGENT BEFORE WHOM YOU ARE TO APPEAR | (B) DATE |
|---|---|
| telligence Research Specialist (b)(6) (b)(7)(C) <br> of the Special Agent in Charge <br> (b)(2) | (C) TIME Exigent Request |

ECORDS REQUIRED TO BE PRODUCED FOR INSPECTION

ıy and all subscriber information, cap codes, serial numbers, frequencies pertaining to the following cap code
ɔm October, 1999 through the present:

(b)(2)

sued under authority of 21 U.S.C. 967, Public Law 97-258, section 1, as amended.

| NAME OF PERSON AUTHORIZED TO SERVE SUBPOENA | 5 DATE OF ISSUE |
|---|---|
| (tm) (b)(6) + (b)(7)(C) <br> or any other Customs Special Agent | OCT 13 2000 |

**COMMISSIONER OF CUSTOMS**
(b)(6)
(b)(7)(C)

BY
(Signature)

6 NAME, TITLE, ADDRESS, AND TELEPHONE NUMBER OF PERSON ISSUING THIS SUBPOENA

Acting Special Agent in Charge (b)(2)

If you have any questions regarding this subpoena, contact the Customs Special Agent identified in Block 2.

**Customs Form 389 (020792)**

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY | 1. PAGE | (b)(2) |
| UNITED STATES CUSTOMS SERVICE | | |
| R E P O R T   O F   I N V E S T I G A T I O N | 2. CASE NUMBER: | |
| C O N T I N U A T I O N | 3. REPORT NUMBER: 001 | |

Surveillance agents observed a Hispanic male enter the lobby of the hotel and
proceed in the direction of room # 217.

Shortly thereafter, an individual identified as Manuel GERONIMO knocked
on the door of room # 217.           the female courier           opened the door and allowed GERONIMO to
enter. After GERONIMO entered the room, he was greeted by           The vest
containing the ecstasy tablets had been placed in           luggage and was
placed on the bed closet to the window. The bag was open on the bed and the
vest was visible and also open which revealed the eight compartments.
GERONIMO examined the bag and then removed a stack of money from his pocket
and threw it on the bed next to the open bag. During the conversation
stated "Here is the stuff" and GERONIMO stated that "It is six".
          asked GERONIMO if he wanted to take the whole bag. GERONIMO stated
that he wanted to take the whole bag.           proceeded to remove the
clothing from the bag and then           closed the bag. Both           and
GERONIMO zippered the bag shut. Before departing GERONIMO stated to
"You want me to take the bag?" and "I don't want to be seen with that".

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

|                                                              | 1.  PAGE                    |
| DEPARTMENT OF THE TREASURY                                   |                             |
| UNITED STATES CUSTOMS SERVICE                                | 2.  CASE NUMBER             |
| R E P O R T   O F   I N V E S T I G A T I O N                |                             |
| C O N T I N U A T I O N                                      | 3.  REPORT NUMBER: 001      |

(b)(6), (b)(7)(C), (b)(7)(E) + (b)(7)(F)

██████ told GERONIMO to take the bag, because he had to stay with the girl.

At this point GERONIMO attempted to leave the room and was █████████████
by the █████████████████ who entered from the adjoining room.
Agents' ████████ and ████████ determined that GERONIMO understood English and
there was ██████ no language problem.  Agent ████████ read the Miranda warnings to
GERONIMO witnessed by Agent ████████  Agent ████████ asked GERONIMO if he
understood his rights.  GERONIMO stated that he understood his rights and
wanted to waive them.  GERONIMO signed a written waiver, witnessed by Agents
████████ and ████████

(b)(6), (b)(7)(C)

The reporting Agent and Agent ████████ proceeded to question GERONIMO about
his involvement with this ecstasy case. ████████████████████████████████████
████████████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████ (b)(7)(E)

████████████████████ GERONIMO also stated that he had met ████████ in
Lawrence yesterday.  I asked ████████ if he knew how much money he brought to
the hotel and he replied that it was six thousand dollars ($6,000).  I asked (b)(7)(E)
GERONIMO if he knew that the pills were ecstasy and he replied "yes".
████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████  At this point GERONIMO stated
that he wanted to speak with an attorney.  No further questions were asked.

A search of GERONIMO'S person incident to arrest disclosed a Sprint cellular
telephone and a wallet that contained various information.  Of significance (b)(6)
was a business card from Sprint PCS Cellular Service that had information
handwritten on both sides.  On the front side was the number ████████  (b)(7)(C)
and the name ████████  It has been determined that the
number is a foreign number with a country code of 31, which is for the
Netherlands.  On the reverse side of the same business card are the letters
MDMA handwritten, and the numbers ████████ and ████████  It should be
noted that MDMA is the common abbreviation for METHEYLDIOXYMETHAMPHETAMINE
a/k/a "ecstasy".   (b)(6), (b)(7)(C)

It should also be noted that GERONIMO was seen arriving at the Comfort Inn in
a 1993 Ford Taurus with Massachusetts's registration 7273MD.  The vehicle was
seized and an inventory search was conducted.  TFA ████████ from the DEA
Transportation Group conducted the inventory and found a pager described as a
Percomm Eagle # 81001617.   (b)(6), (b)(7)(C)

The investigation is continuing and further information will be reported when
it becomes available.

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

R E P O R T   O F   I N V E S T I G A T I O N
C O N T I N U A T I O N

| 1. PAGE | |
| 2. CASE NUMBER | |
| 3. REPORT NUMBER: 002 | |

Agents ███████ and ███████ came into the room from the adjoining door and placed GERONIMO under arrest.

Agent ███████ read the Miranda rights to GERONIMO and he stated he understood his rights. Agent ███████ asked GERONIMO if he was willing to waive his rights and talk with him. GERONIMO stated he did and signed a written waiver, witnessed by Agent ███████ and myself. I asked GERONIMO in Spanish, if he understood his rights and whether he wanted me to explain them to him in Spanish. He answered in English that he understood. I asked GERONIMO if he spoke English well, he replied he did. I asked him if he had attended school in the United States and he replied he had. At this time, Agent ███████ proceeded to explain to GERONIMO the reasons for his arrest and ask him about his involvement with the drugs.

Agent ███████ asked GERONIMO if he knew he was arrested for picking up the ecstasy pills and GERONIMO replied "yes". ███████
███████
then said he wanted to speak to an attorney. Agent ███████ GERONIMO questioning at that time and left the room.

Agent ███████ replied that he would not talk to him any further as he had asked for an attorney and he did not want to violate his rights. That was the end of the conversations with GERONIMO.

It should be noted, throughout my conversations with GERONIMO, I always

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE | 1. PAGE | |
| --- | --- | --- |
| R E P O R T   O F   I N V E S T I G A T I O N   C O N T I N U A T I O N | 2. CASE NUMBER | |
| | 3. REPORT NUMBER: 002 | |

spoke in Spanish to him and he replied only in English.

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

# CUSTOMS CONTROLLED SUBSTANCES ENFORCEMENT SUBPOENA

**1 TO** *(Name, Address, City, State, ZIP)*

B and R Beepers
386 Broadway
Lawrence, MA 01841
Attention: Custodian of Records

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

# SUBPOENA

## TO APPEAR AND/OR PRODUCE RECORDS

By the service of this subpoena upon you, YOU ARE HEREBY REQUIRED TO:

(A) ☐ APPEAR before the Customs Special Agent named in Block 2 below at the place, date, and time indicated, to testify and give information.

(B) ☒ PRODUCE the records (including statements, declarations, other documents, and tangible things) indicated in Block 3 below, before the Customs officer named in Block 2 at the place, date, and time indicated.

Your testimony and/or the production of the indicated records is required in connection with an investigation or inquiry concerning the enforcement of section 545, Title 18, U.S. Code (relating to the smuggling of goods into the United States), with respect to any controlled substance.

Failure to comply with this subpoena will render you liable to proceedings in a U.S. District Court to enforce compliance with this subpoena as well as other sanctions.

**2 (A) NAME, TITLE, ADDRESS, AND TELEPHONE NUMBER OF CUSTOMS SPECIAL AGENT BEFORE WHOM YOU ARE TO APPEAR** (b)(2)

Intelligence Aide ████ (b)(6)
Office of the Special Agent in Charge ████ (b)(7)(C)
████

**(B) DATE**

Exigent Request

**(C) TIME**

**3 RECORDS REQUIRED TO BE PRODUCED FOR INSPECTION**

Any and all subscriber information, including but not limited to, reference and identifying data, addresses, phone numbers, social security number, date of birth, other contact persons or telephone numbers, provided by the subscriber to the referenced phone number, on application, billing or payment records. In addition, you are requested to provide evidence of the method of payment provided by the subscriber, for example, copies of personal checks, etc.

(978) 659-9813      Capcode 1247915
For the period November 1999 through the present

(b)(2)
(b)(7)(C)
+ (b)(7)(F)

Issued under authority of 21 U.S.C. 967, Public Law 97-258, section 1, as amended.

**4 NAME OF PERSON AUTHORIZED TO SERVE SUBPOENA**
████ (b)(6) + (b)(7)(C)
or any other Customs Special Agent

**5 DATE OF ISSUE**

OCT 19 2000

COMMISSIONER OF CUSTOMS
(b)(2) +
BY ████ (b)(6) +
(Signature)

**6 NAME, TITLE, ADDRESS, AND TELEPHONE NUMBER OF PERSON ISSUING THIS SUBPOENA** ████
(b)(7)(C)
Acting Special Agent in Charge ████

If you have any questions regarding this subpoena, contact the Customs Special Agent identified in Block 2.

**Customs Form 389 (020792)**

**CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT**

**CERTIFICATE OF SERVICE OF SUBPOENA**

ly that I served the subpoena on the front of this form as follows:

| | | | | |
|---|---|---|---|---|
| ☑ | I delivered a copy of the subpoena to the person to whom it was directed, as follows: | **ADDRESS OR LOCATION** B+R Beepers 386 Broadway Laurence, MA | **DATE** 10-20-00 | **TIME** 11:40 pm |
| ☐ | (For corporations, partnerships, and unincorporated associations which may be sued under a common name) I delivered a copy of the subpoena to an officer, managing or general agent, or agent authorized to accept service of process as follows: | **PERSON TO WHOM SUBPOENA WAS DELIVERED:** **NAME** **TITLE** **ADDRESS OR LOCATION** | **DATE** | **TIME** |

**SIGNATURE** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉    **TITLE** SSA    **DATE** 10-20-00

(b)(2), (b)(6), b)(7)(C) + b)(7)(F)

**ACKNOWLEDGMENT OF RECEIPT**

acknowledge receipt of a copy of the subpoena on the front of this form.

**SIGNATURE** K    **TITLE**    **DATE**    **TIME**

Customs Form 389 (020792)(Back)

(b)(6)
(b)(7)(C)

4 sets
of transparencies

I highlighted the
first set.

let me know if you want
the others highlighted.

(b)(2), (b)(6)
(b)(7)(C)

1 &
5

United States v. Manuel Geronimo

CELLULAR PHONES OF MANUEL GERONIMO (978) 590-8292 and (978) 884-8292
PAGER OF MANUEL GERONIMO (978) 659-9813
CELLULAR PHONES OF

November 30, 1999

| | | |
|---|---|---|
| ██████████ | to | ██████████ |
| (978) 884-8292 | to | (978) 590-8292 |
| | | (978) 659-9813 |
| (978) 884-8292 | to | (978) 659-9813 |
| ██████████ | to | ██████████ |
| (978) 884-8292 | to | (978) 659-9813 |
| ██████████ | to | (978) 659-9813 |
| ██████████ | to | (978) 659-9813 |
| (978) 884-8292 | to | ██████████ |
| (978) 884-8292 | to | ██████████ |





United States v. Manuel Geronimo

CELLULAR PHONE OF MANUEL GERONIMO  (978) 884-8292
PAGER OF MANUEL GERONIMO  (978) 659-9813
CELLULAR PHONES OF ██████

December 1, 1999

(978) 884-8292    to    (978) 659-9813
(978) 884-8292    to    (978) 659-9813

(978) 884-8292    to    (978) 659-9813

(978) 884-8292    to
(978) 884-8292    to

██████        to    (978) 659-9813
██████        to    (978) 659-9813

(978) 884-8292    to
(978) 884-8292    to

(978) 884-8292    to    (978) 659-9813

(978) 884-8292    to    (978) 659-9813

PHONES

(b)(6)
(b)(7)(C)
(b)(7)(F)

United States v. Manuel Geronimo

CELLULAR PHONE OF MANUEL GERONIMO (978) 884-8292
PAGER OF MANUEL GERONIMO (978) 659-9813
CELLULAR PHONES OF

December 2, 1999



(978) 884-8292 to (978) 828-8413 Juan
(978) 884-8292 to (978) 828-8413 Juan
(978) 884-8292 to (978) 828-8413 Juan

(978) 884-8292 to (978) 828-8413 Juan
(978) 884-8292 to (978) 828-8413 Juan
(978) 884-8292 to (978) 828-8413 Juan

(978) 884-8292 to (978) 659-9813

(978) 884-8292 to (978) 659-9813

(978) 884-8292 to
(978) 884-8292 to (978) 659-9813

(978) 884-8292 to (978) 659-9813


(b)(6)
(b)(7)(c)
(b)(7)(f)



United States v. Manuel Geronimo

CELLULAR PHONE OF MANUEL GERONIMO (978) 884-8292
PAGER PHONE OF MANUEL GERONIMO (978) 659-9813
CELLULAR PHONES OF

December 3, 1999

(978) 884-8292

to

to        (781) 233-1800 Days Inn
to        (781) 233-1800 Days Inn
to        (781) 233-1800 Days Inn

to

to        (781) 233-1800 Days Inn
to        (781) 233-1800 Days Inn
to        (781) 233-1800 Days Inn

to        (978) 659-9813
to        (781) 233-1800 Days Inn
to        (781) 233-1800 Days Inn

- PHONES

(b)(6)
(b)(7)(C)
(b)(7)(F)



United States v. Manuel Geronimo
POST ARREST of

CELLULAR PHONE OF MANUEL GERONIMO (978) 884-8292
PAGER OF MANUEL GERONIMO (978) 659-9813
CELLULAR PHONES OF

December 3, 1999

Unknown number (Nilvio)
(978) 884-8292 to
(978) 884-8292 to
(978) 884-8292 to
(978) 884-8292 to
(978) 884-8292 to
(978) 884-8292 to
(978) 884-8292 to
(978) 884-8292 to
(978) 884-8292 to
(978) 884-8292 to
(978) 884-8292 to
(978) 884-8292 to

(978) 884-8292 to

(978) 884-8292 to

(781) 324-1900 Comfort Inn
(781) 324-1900 Comfort Inn
(781) 324-1900 Comfort Inn

Unknown number to
(978) 884-8292 to
(978) 884-8292 to
(978) 884-8292 to
Unknown number to
(978) 884-8292 to

PHONES

Transcript
Transcript

Transcript
Transcript

Transcript

Transcript

Transcript
Transcript

Transcript
Transcript

(b)(6)
(b)(7)(e)
(b)(7)(F)



12-3-99

(b)(2)

(b)(6), (b)(7)(C) +
(b)(7)(F)

Debriefing of Manuel Geronimo

Arrest 1500          Said it was $6,000
Waived 1515 hrs               (b)(6) +
- Does not know ███████ - (b)(7)(C)
- Met ██████ in Lawrence yesterday
- Wants an attorney.
- Knew it was ecstasy
        (b)(6) + (b)(7)(C)

Powerhouse Gym
978-688-4075

November 30, 1999                    09:22:11 am
Manuel Geronimo                      Acct #7033
================================================
_Iocker Rental_
1 MEMBER PAYMENT                        $50.00
================================================
_#28_                      Subtotal      $50.00

                             Tax          $0.00

                  TOTAL    $50.00


Paid by:    Cash
   Paid:  $50.00
Change:    $0.00

Receipt number : 21238

                  Thank You



"BEST COPY AVAILABLE"



"BEST COPY AVAILABLE"



"BEST COPY AVAILABLE"



**Merrimack Valley**

CLUB NO.
**042**

MEMBERSHIP NUMBER
**042-3486034-00**

MANUEL GERONIMO

**11/26/99**                                         **1999**

VALID THRU                                      MEMBER SINCE

---

SLOWLY PEEL CARD(S) FRO

**24 HOUR EMERGENCY ROAD SERVICE**
**CALL TOLL FREE**

GREATER
HAVERHILL, LAWRENCE, LOWELL      } **(978) 681-9210**
SALEM, NEW HAMPSHIRE

OUTSIDE THE ABOVE AREAS CALL 1-800-AAA-4357

**DISTRICT OFFICES**

HAVERHILL ................................(978) 373-3611
LAWRENCE ...............................(978) 681-9200
LOWELL ....................................(978) 937-3061
NEWBURYPORT ..........................(978) 499-4222

**CAR RENTAL DISCOUNT NUMBER**
Hertz (1-800-654-3080) CDP 806042

Member's Signature  _Manuel S. Geronimo_
Not Transferable

---

MEMBERSHIP NUMBER                        VALID THRU
**042-3486034-00**                        **11/26/99**

This certificate must be surrendered with a valid AAA membership card when posting Bond.

**$5,000 BAIL BOND CERTIFICATE**

The AAA member whose signature appears on this card may be bonded by General Insurance Company of America (GICA). Presentation of this Certificate authorizes an agent of GICA to execute bail bond not in excess of $5,000 for any violation of a motor vehicle law committed prior to the expiration date on the card, EXCEPT for the exclusions listed in the Guaranteed Arrest Bond Certificate paragraph below.

**$1,000 GUARANTEED ARREST BOND CERTIFICATE**

GICA guarantees the appearance of the AAA member whose signature appears on this Certificate in any court when arrested for any violation of a motor vehicle law committed prior to the expiration date shown on the card, EXCEPT violations involving driving while under the influence of intoxicating liquors, drugs, or narcotics, failure to appear for violations, driving on a suspended/revoked driver's license, hit and run, failure to present evidence of insurance, illegal use or falsification of license or registration.

Account Number    Amount Enclosed    Amount Now Due

NOV 99    04141 41190 01    $ _____    PAGE: 2



## Massachusetts Electric
### A NEES company

Ill......Illlalalalallall..ll.llll.....lal.lal.lddl

#BWNFKKP **C008
#04141411900118
MANUEL GERONIMO
12 CARRUTHERS PL APT 1ST
LAWRENCE MA 01841-3302

6050414114119001 0000003199

06
2  B2

BILL PAYABLE UPON RECEIPT    **MAIL TO:**    **PROCESSING CENTER, WOBURN, MA 01807-0005**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS BILL, CALL 1-888-211-1111**

RETURN THIS PORTION OF YOUR BILL WITH YOUR PAYMENT. PLEASE NOTIFY US 10 DAYS BEFORE MOVING.

## Massachusetts Electric
### A NEES company

PAYMENTS MADE BY NOV 30, 1999 WILL APPEAR ON THE NEXT BILL

**IF YOU HAVE ANY QUESTIONS ABOUT THIS BILL, CALL 1-888-211-1111**

OR E-MAIL US VIA THE INTERNET: MASSELECTRIC@NEESNET.COM

| | |
|---|---|
| Amount Now Due | SERVICE ADDRESS |
| | 12 CARRUTHERS PL 1ST LAWRENCE MA |
| **$31.99** | MASSACHUSETTS ELECTRIC COMPANY |
| Account Number | RATE: RESIDENTIAL REGULAR R-1 |

6050414141190(
GERO, CY. (

| | | | |
|---|---|---|---|
| 04141 41190 01 | PREVIOUS BALANCE | $ | 13. |
| Bill Date | PAYMENT-THANK YOU 10/20/99 | | -13. |
| | BALANCE FORWARD | | . |

NOV 09 1999

DELIVERY SERVICES:
| | | | |
|---|---|---|---|
| CUSTOMER CHG | | | 5.81 |
| DISTRIBUTION CHG | .02502 X | 318 KWH= | 7.96 |
| TRANSITION CHG | .01182 X | 318 KWH= | 3.76 |
| TRANSMISSION CHG | .00698 X | 318 KWH= | 2.22 |
| ENERGY CONSERVATION | .00310 X | 318 KWH= | .99 |
| RENEWABLE ENERGY CHG | .00100 X | 318 KWH= | .32 |
| DELIVERY SERVICE | | | 21. |

NEXT METER
READING DATE

DECEMBER  08

| | | | |
|---|---|---|---|
| FUEL REFUND CREDIT | -.00270 X | 318 KWH= | -. |
| TOTAL DELIVERY SERVICES | | $ | 20. |

| MONTH | TOTAL KWH |
|---|---|

SUPPLIER SERVICES:
GENERATION CHARGE
| | | | |
|---|---|---|---|
| DEFAULT SERVICE | .03707 X | 318 KWH= | 11. |
| TOTAL COST OF ELECTRICITY | | $ | 11. |

| N 99 | 318 |
| O | 133 |

| | | |
|---|---|---|
| TOTAL CURRENT BALANCE | $ | 31. |
| TOTAL AMOUNT DUE | $ | 31. |

WE ARE PLEASED TO NOTIFY YOU THAT YOUR RATES HAVE BEEN REDUCED. THE
TRANSITION CHARGE HAS BEEN REDUCED TO COMPLY WITH THE RESTRUCTURING
LEGISLATION. YOUR AVERAGE RATES HAVE NOW BEEN REDUCED AT LEAST 15%
COMPARED TO RATES BEFORE THE LEGISLATION.

Additional information on reverse side.



Best Copy available

| | JUN | MAY | APR | MAR | FEB | JAN | Date Paid | Amount Paid | Bal. Due | Rec'd By | Paid To |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | DEC | NOV | OCT | SEP | AUG | JUL | Date Paid | Amount Paid | Bal. Due | Rec'd By |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 3/ | 3/ | 3/ | 3/ | 3/ | | | | |
| | | 4/ | 10/ | 9/ | 8/2 | 7/20 | | | | |
| | | 350— | 350— | 350 | 129 | 660— | 222.00 | | | |
| | MTC | 10 | us | 200 | 200 | G.M. | | | | |

# URGENT NOTICE: YOU HAVE 10 DAYS – AND ONLY 10 DAYS – TO ACTIVATE THESE FREE CARDS.



**TEMPORARY MEMBERSHIP CARD**
COVERS YOU IN ANY CAR

Manuel A. Geronimo
405 Haverhill St Apt. 2
Lawrence, MA 01840-1025

EXPIRATION DATE   MEMBERSHIP NUMBER
7/15/99           042-TM-052899

*FREE Trial Membership For Your Spouse*



**TEMPORARY MEMBERSHIP CARD**
COVERS YOU IN ANY CAR

Manuel A. Geronimo
405 Haverhill St Apt. 2
Lawrence, MA 01840-1025

EXPIRATION DATE   MEMBERSHIP NUMBER
7/15/99           042-TM-052899

*FREE Trial Membership For You*

PLEASE COMPLETE DATA CARD TO THE RIGHT AND RETURN WITHIN 10 DAYS

# NEW MEMBERSHIP INFORMATION DATA CARD
### (Return Within 10 Days)

**NEW MEMBER ENROLLMENT FEE: WAIVED**
**USA WALL MAP: FREE**

MONEY-BACK
GUARANTEE

01
Manuel A. Geronimo
405 Haverhill St. Apt. 2
Lawrence, MA 01840-1025

☑ YES! Please issue me a Primary Membership in AAA at the special low rate of just $42. I understand that the normal $12.00 Enrollment Fee has been waived, and I will be covered in ANY car I drive or ride in as a passenger. Please send my FREE gift.

☐ Also provide Associate Memberships for my spouse and for the other family members I've listed on the back for only $26 each.

☐ Enclosed is my check.
☐ Bill me.
☐ Charge my credit card.
☐ Charge my credit card and give me an additional $5.00 off the cost of my membership with automatic renewal – first year only. (Total Primary Membership dues only $37.)

☐ VISA  ☐ MasterCard  ☐ American Express

Account No.
☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐

Expiration Date ____ / ____

X _____
        SIGNATURE

Phone ( _____ ) _____
        Area Code                        Date of Birth

PLEASE DETACH & MAIL IN THE ENCLOSED BUSINESS REPLY ENVELOPE.

*Superior*
*Cleaners and Dyers*

17 ESSEX STREET
LAWRENCE, MASS.
TEL. 682-7032

90 BROADWAY STREET
METHUEN, MA
TEL. 975-2270

DATE 12 - 1 - 19 79

NAME **Geronimo M.**

| | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| TROUSERS | | | | | | 12 |
| M. SUITS | | | | | | |
| COATS | | | | | | |
| SHIRTS | | | | | | |
| JACKETS | | | | | | |
| | | | | | | |
| DRESSES | PLAIN FANCY | Belt | | | | |
| SKIRTS | PLAIN FANCY | | | | | |
| L. SUITS | | | | | | |
| BLOUSES | | | | | | |
| COATS | | | | | | |
| SWEATERS | | | | | | |
| | | | | | | |
| TOTAL ▶ | | | | | | 12 |

526

1632

**Central Mass. Auto Auction Inc.**
22 Town Forest Road • P.O. Box 346
Oxford, MA 01540
(508) 987-8396

SALE THURSDAY                                    DEALERS ONLY

BILL OF SALE AND TITLE WARRANTY    B 0019
No. 057209

**ODOMETER DISCLOSURE STATEMENT**

M169
MIKE'S AUTO BODY
136 MILFORD ST PO BOX 425
UPTON              MA    01568

**PA**
**PAID**

DATE: 11/04/1999

state that the odometer
now state ............. 91230 ............. (no tenths miles) and to the best
of my knowledge that it reflects the actual mileage of the vehicle described below, unless
one of the following statements is checked.

☐ (1)  I hereby certify to the best of my knowledge the odometer reading reflects the amount
of mileage in excess of its mechanical limits.

☐ (2)  I hereby certify that the odometer reading is NOT the actual mileage.
WARNING - ODOMETER

X _____    (b)(6)
X _____    (b)(7)(C)
                    PERSON SIGNING
              TRANSFEROR'S SIGNATURE (SELLER)

| YEAR | MAKE | | MODEL | | | COLOR | YEAR |
|------|------|---|-------|---|---|-------|------|
| 1987 | PLY | | RELIANT K | | | GRY | 11/04/99 |

| VIN NO. | STYLE | CYL. | TRANS. | P. STEER | P. BRAKE | AIR | LOT # |
|---------|-------|------|--------|----------|----------|-----|-------|
| 1P3BP39K6HF161701 | | | | | | | B 0019 |

| ELEC WIND | ELEC SEAT | VINYL TOP | STEREO | OTHER |
|-----------|-----------|-----------|--------|-------|
| | | | | 133 |

☐ OK GREEN LIGHT   ☑ LISTEN YELLOW LIGHT   ☒ AS IS RED LIGHT   ☐ TITLE ATTACHED BLUE LIGHT

CONDITION OF SALE

SALE PRICE  $ 475

$ _____

FEE  $ 40

40
MS

BILL OF SALE NOT VALID FOR EXPORT

HOMESTEAD AUTO SALES
HOMESTEAD AVENUE
PROVIDENCE  R  02907

MANUEL A GERONIMO  H190

X _Manuel Geronimo_
PRINTED NAME OF PERSON SIGNING

X _____
TRANSFEREE'S SIGNATURE - (BUYER)
I HEREBY CERTIFY THAT I RECEIVED A COPY OF THE ABOVE ODOMETER (MILEAGE) STATEMENT.

TITLE NO.              TITLE STATE              TOTAL  $ _____

**BILL OF SALE OF MOTOR VEHICLE**

Know all men by these presents: In consideration of the premises and sale price
shown and the terms and conditions on the front and reverse side hereof,
the seller has this day sold and transferred to the buyer the herein described
motor vehicle.

The seller represents to the buyer that he is the true and lawful owner of the described
motor vehicle, that he has good right and power to sell the same, that the vehicle
is free of all liens and encumbrances and title is guaranteed clear. Being sold to the
purchaser, seller further agrees to hold harmless and shall pay and discharge any
loss resulting from any breach of said warranty of title in the above said vehicle.

**THIS SALE IS SOLELY A TRANSACTION BETWEEN BUYING AND SELLING
DEALERS SUBJECT TO AGREEMENT ON REVERSE SIDE.**

THIS AUCTION IS PROTECTED UNDER THE TERMS AND CONDITIONS OF AN INSURANCE POLICY ISSUED THROUGH AUCTION INSURANCE AGENCY, BIRMINGHAM, AL.

BUYER'S COPY



AAA
**Merrimack Valley**

155 Parker Street
Lawrence, MA 01842-0039
(978) 681-9200

**MEMBERSHIP NOTICE** 36

MEMBERSHIP INCLUDES $1 FOR
SUBSCRIPTION TO AAA VALLEY NEWS

**MEMBER(S)**

Welcome New Member!

**EXPIRATION DATE**
11/01/2000

**MEMBERSHIP NUMBER**
3496034

**DUES** | **AAA PLUS** | **AMOUNT**

PLEASE PAY THIS AMOUNT ►

AND RETURN THIS NOTICE WITH PAYMENT

**TOTAL**

MANUEL A GERONIMO
69 BUNKERHILL ST
APT. 2
LAWRENCE, MA 01841

PHONE: (          )



RECEIPT

No. 169808

DATE  11-4-99

RECEIVED FROM  Homestead

87 Plymoth #190

Reliant

$ 575

DOLLARS

○ FOR RENT
○ FOR

| ACCOUNT | |
|---|---|
| PAYMENT | |
| BAL. DUE | |

○ CASH
○ CHECK
○ MONEY ORDER

FROM _____ P. _____

BY _____

(b)(7)(B)
(b)(7)(C)

## MOTOR VEHICLE PURCHASE AGREEMENT / BILL OF SALE



**Homestead**
AUTO SALES

**RI License #655**
**20 Homestead Avenue**
**Providence, RI 02907**

**401-785-4310**

(b)(6) & (b)(7)(C)

### PURCHASER'S INFORMATION

| SOLD TO: | DATE: 11-18-99 |
|---|---|
| STREET ADDRESS | PHONE: |
| STATE:          ZIP: | SALESPERSON: MANUEL GERONIMO |

| DESCRIPTION OF PURCHASE | | | DESCRIPTION OF TRADE-IN | | |
|---|---|---|---|---|---|
| YEAR: 1987 | MAKE: PLYM | MODEL: RELIAN | YEAR: | MAKE: | MODEL: |
| BODY TYPE: STWAG | COLOR: GRY | MILEAGE: 91230 | BODY TYPE: | COLOR: | MILEAGE: |
| VEHICLE ID SERIAL # 1P3BP39K6HF161701 | | | VEHICLE ID SERIAL # | ENGINE # | |
| LICENSE OR TITLE # AK502769 | LIENHOLDER'S NAME: NONE | | LICENSE OR TITLE # | LIENHOLDER'S NAME: | |
| LIENHOLDER'S ADDRESS: | | | LIENHOLDER'S ADDRESS: | | |

### FTC

**The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**

### LEMON LAW

**Said notice is posted on windshield of vehicle in compliance with 85-H5011, General Laws of RI.**

**No warranty as to condition. Sold as is.**

**NO CASH RETURNS.**

### PURCHASE INFORMATION

| | |
|---|---|
| CASH PRICE OF VEHICLE | $ 1,000 |
| LESS NET TRADE ALLOWANCE | $ |
| PLUS STATE & LOCAL TAXES | $ |
| MISC. | $ |
| TOTAL CASH PRICE | $ 1,000 |
| LESS DEPOSIT | $ |
| BALANCE DUE ON DELIVERY | $ |

### ACKNOWLEDGMENT OF RECEIPT

| VEHICLE ID SERIAL # | ☐ CASH ☐ CHECK | BALANCE RECEIVED BY: |
|---|---|---|
| BUYER HEREBY ACKNOWLEDGES RECEIPT OF A COPY OF THIS BILL OF SALE | | |

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| RECEIPT NUMBER<br>EAC-00-020-51186 | CASE TYPE  I130  IMMIGRANT PETITION FOR RELATIVE,<br>FIANCE(E), OR ORPHAN. |
| RECEIVED DATE<br>October 22, 1999 | PRIORITY DATE | PETITIONER  A42 698 803<br>GERONIMO, MANUEL A. |
| NOTICE DATE<br>October 28, 1999 | PAGE<br>1 of 1 | BENEFICIARY |

(b)(6)
(b)(7)(c)

MANUEL A. GERONIMO
405 HAVERHILL ST APT 2
LAWRENCE MA 01840

Notice Type:  Receipt Notice

Amount received: $  110.00
Section: Unmarried child under 21 of
permanent resident,
203(a)(2)(A) INA

The above application or petition has been received.  It usually takes 150 to 240 days from the date of this receipt for
us to process this type of case.  Please notify us immediately if any of the above information is incorrect.  Our
customer service phone number is listed below.

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number below
to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the
receipt number for this case at the top of this notice.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-3160



**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>SAC-00-020-51177 | | CASE TYPE  I130   IMMIGRANT PETITION FOR RELATIVE,<br>FIANCE(E), OR ORPHAN |
|---|---|---|
| RECEIVED DATE<br>October 22, 1999 | PRIORITY DATE | PETITIONER  A42 698 803<br>GERONIMO, MANUEL A. |
| NOTICE DATE<br>October 28, 1999 | PAGE<br>1 of 1 | BENEFICIARY |



MANUEL A. GERONIMO
405 HAVERHILL ST APT 2
LAWRENCE MA 01840

Notice Type:  Receipt Notice

Amount received: $  110.00

Section: Husband or wife of permanent
         resident, 203(a)(2)(A) INA

The above application or petition has been received.  It usually takes 150 to 240 days from the date of this receipt for
us to process this type of case.  Please notify us immediately if any of the above information is incorrect.  Our
customer service phone number is listed below.

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number below
to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the
receipt number for this case at the top of this notice.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-3160

AUTHORIZED AGENT OF PAN AMERICAN Money Transfer, Inc.



**RECEIPT**

Licensed as a Money Transmitter
by the Banking Department of the
State of Massachusetts.

**PAN AMERICAN**
*WORLDWIDE Money Transfer*

PANAMERICAN MONEY TRANSFER
253 BROADWAY
(7783630-3431
LAWRENCE, MA 01841

| RECEIPT NUMBER | DATE | TIME | CASHIER |
|---|---|---|---|
| | 10/29/03 | 14:20:50 | |

**SENDER**

8529-50000
MANUEL HERNANDEZ HERNANDEZ
405 TRAVERSE ST
LAWRENCE, MA 01841
(778)687-7721

**RECEIVER / BANK**

**TRANSACTION RECORD**

BBC : SANTO DOMINGO
Notes:

PAN AMERICAN EX. S.A.

Pay in: National ( ) 19.75
Net Amount ( )
Fixed Amount ( )
Percent ( )
Urgency ( )

528.00



This transaction is subject to the rules and conditions as listed below on the reverse of this receipt.
Your signature acknowledges your acceptance of these terms.

*Your Signature*

Please check the above information before you sign this receipt.
The above information is the client's sole responsibility.
Any complaint will be accepted after 180 days to resolve and extra fees will be charged for client error.
This transaction will not be accepted after 180 days from the date of this receipt.
This transaction está sujeta a las reglas y condiciones listadas atrás de este recibo. Su firma significa reconocimiento y aceptación de dichos términos.
Favor revise la información de ambos lados de firmar este recibo.
La información es única y exclusivamente responsabilidad del cliente.
Cualquier reclamo se aceptará después de 180 días del error del cliente se cobrará un pago adicional.
Este recibo no tendrá validez después de 180 días de expedición de este recibo.

Documents-Geronimo

Manny Phone
Sprint PCS Touch Pnt

(973) 534-8392

Manny's Pager



URGENT NOTICE: **YOU**
TO A

**TEMPORARY MEMBERSHIP CARD**
COVERS YOU IN ANY CAR

Manuel A. Geronimo
405 Haverhill St. Apt. 2
Lawrence, MA 01840-1025

**7/15/99**          042-TM-052899
EXPIRATION DATE        MEMBERSHIP NUMBER

***FREE Trial Membership For You***

PLEASE COMPLETE DATA CARD TO

## MEMBERSHIP NOTICE

MEMBERSHIP INCLUDES $1 FOR
SUBSCRIPTION TO AAA VALLEY NEWS

AMOUNT | AAA PLUS | DUES | TOTAL

PLEASE PAY THIS AMOUNT ▲
... AND RETURN THIS NOTICE WITH PAYMENT

MEMBERSHIP NUMBER
3486034

MEMBER(S)
Welcome New Member!

EXPIRATION DATE
11/01/2000

155 Parker Street
Lawrence, MA 01842-0039
(978) 681-9200

**Merrimack Valley** — AAA

MANUEL A GERONIMO
68 BUNKERHILL ST
APT.2
LAWRENCE, MA 01841

PHONE: (   )

---

...sion or do not receive a written decision within 10 days, you have the right to appeal to
...211-1111 to request an investigation by a Company Compliance Officer. If you are not satisfied...
...request of Telecommunications and Energy Division, Consumer Division, One South Station

Account Number          Amount Enclosed          Am

NOV 99    04141 41190 01    $_____

## ⬤ Massachusetts Electric
### A NEES company

#BWNFKKP **C008
#0414141190011#
MANUEL GERONIMO
12 CARRUTHERS PL APT 1ST
LAWRENCE MA 01841-3302

605041414119001 00

06
2   B2

L PAYABLE UPON RECEIPT    MAIL TO:    PROCESSING CENTER, WOBURN, MA 01807-0005
YOU HAVE ANY QUESTIONS ABOUT THIS BILL, CALL 1-888-211-1111

TURN THIS PORTION OF YOUR BILL WITH YOUR PAYMENT. PLEASE NOTIFY US 10 DAYS BEFORE MOVING.



