UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL A. GERONIMO,<br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF<br>  JUSTICE,<br>    Defendant. | Civ. No. 05-1057 (JDB) |

ORDER

Upon consideration of defendant's motion for summary judgment and plaintiff's response thereto, it is hereby

ORDERED, that the motion is GRANTED, and the plaintiff's complaint is DISMISSED.

Date: _____
          UNITED STATES DISTRICT JUDGE