UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Manuel A. Geronimo,

    Plaintiff,

        v.

Executive Office for United States Attorneys,

    Defendant.

Civil Action No. 05-1057 (JDB)

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that the Executive Office for United States Attorneys' motion for summary judgment [Dkt. No. 16] is GRANTED in part and DENIED in part; and it is

FURTHER ORDERED that within thirty (30) days of this Order, EOUSA shall (1) file a memorandum that addresses any grounds cognizable under the FOIA for withholding plaintiff's presentence report and whether Document 5 was reviewed for segregability, (2) release any non-exempt information, and (3), if appropriate, renew its summary judgment motion.

                                                                    s/
                                            JOHN D. BATES
                                    United States District Judge

Dated: July 14, 2006

Paper Copy to:

Manuel A. Geronimo
R 22893-038
Devens Federal Medical Center
P. O. Box 879
Ayer, MA 01432