UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


MANUEL A. GERONIMO             *
         Plaintiff,            *
                               *
Vs.                            *    Civil Action No. 05-1057 (JDB)
                               *
EXECUTIVE OFFICE For UNITED    *
STATES ATTORNEYS,              *
         Defendant,            *


## NOTICE OF APPEAL

Now comes Manuel A. Geronimo, proceeding pro se and in propria persona in the above styled action and numbered cause, to be referred herein after as "Plaintiff" respectfully letting this most honorable court his intentions to appeal the July 14, 2006 decision, which was received by Plaintiff on July 28, 2006.

Plaintiff does not know how to proceed further and is requesting a court appointed counsel for the purpose of prosecuting the appeal of the denial of his "FOIA" Writ of Mandamus.

Plaintiff cannot afford to pay an attorney and thus for is kindly requesting the appointment of an attorney. This honorable court has declared plaintiff indigent during this court proceedings.

**RECEIVED**

AUG 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Dated: 8-03-06

Respectfully submitted,

*/s/ Manuel A. Geronimo*
Manuel A. Geronimo
Reg. No. 22893-038
FMC Devens
P.O. Box 879
Ayer, MA 01432

2