UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL A. GERONIMO )<br>            Petitioner, )<br>)<br>vs. )<br>)<br>EXECUTIVE OFFICE FOR UNITED )<br>STATES ATTORNEYS, )<br>            Respondent, )<br>_____) | Civil Action No. 05-01057 (JDB) |

**MOTION FOR EXTENSION OF TIME**

Defendant respectfully requests an extension of two weeks in which to file its renewed motion for summary judgment in this matter for the EOUSA.  The renewed motion was due on August 14, 2006.  In preparing the motion an issue has arisen which must be decided between components of the agency. It is anticipated that the issue can be resolved within two weeks.  This is the first request for enlargement to file a renewed dispositive motion for the EOUSA.

Therefore, it is respectfully requested that the Court grant the requested extension.  A proposed order is attached.

                                            Respectfully submitted,

                                            KENNETH L. WAINSTEIN D.C. Bar # 451058
                                            United States Attorney

                                            RUDOLPH  CONTRERAS, D.C. Bar #  434122
                                            Assistant United States Attorney

                                            RHONDA C. FIELDS
                                            Assistant United States Attorney
                                            555 Fourth Street, N.W.
                                            Washington, D.C.  20530
                                            202/514/6970


CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 11th day of August, 2006, a copy of the foregoing Motion for extension was mailed first class postage prepaid to the defendant pro se

Manuel A. Geronimo
R22893-038
MCI Devens
PO Box 879
Ayer, MA 01432.


                                              Rhonda C. Fields
                                              Assistant United States Attorney