UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL A. GERONIMO )<br>   Petitioner, )<br>)<br>vs. )<br>)<br>EXECUTIVE OFFICE For UNITED )<br>STATES ATTORNEYS, )<br>   Respondent, )<br>_____) | Civil Action No. 05-01057 (JDB) |

**ORDER**

Upon consideration of defendant's motion for a extension of time in which to file its renewed motion for summary judgment, it is hereby

ORDERED that defendant shall file its renewed motion on or before August 28, 2006.

Date: _____
         UNITED STATES DISTRICT JUDGE