UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MANUEL A. GERONIMO, | ) | |
|                Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-01057 (JDB) |
| | ) | |
| EXECUTIVE OFFICE FOR UNITED | ) | |
| STATES ATTORNEYS, | ) | |
|                Respondent. | ) | |
| _____ | ) | |

**MOTION FOR EXTENSION OF TIME**

Defendant respectfully requests an extension of two weeks in which to file its renewed motion for summary judgment in this matter for the EOUSA.  The renewed motion was due on August 28, 2006.  In preparing the motion an issue has arisen which must be decided between components of the agency before any affidavit and motion can be filed.  The issue has not yet been resolved, but it is anticipated that the issue can be resolved within two weeks.  This is the second request for enlargement to file a renewed dispositive motion for the EOUSA.

Therefore, it is respectfully requested that the Court grant the requested extension to September 11, 2006.  A proposed order is attached.

                                          Respectfully submitted,
                                                      /s/
                                       _____
                                       KENNETH L. WAINSTEIN D.C. Bar # 451058
                                       United States Attorney
                                                        /s/
                                       _____
                                       RUDOLPH  CONTRERAS, D.C. Bar #  434122
                                       Assistant United States Attorney
                                                        /s/
                                       _____
                                       RHONDA C. FIELDS
                                       Assistant United States Attorney
                                       555 Fourth Street, N.W.
                                       Washington, D.C.  20530

202/514/6970

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 24th day of August, 2006, a copy of the foregoing Motion for extension was mailed first class postage prepaid to the defendant pro se

Manuel A. Geronimo
R22893-038
MCI Devens
PO Box 879
Ayer, MA 01432.

               /s/

              Rhonda C. Fields
              Assistant United States Attorney