## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL A. GERONIMO, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-01057 (JDB) |
| ) | |
| EXECUTIVE OFFICE FOR UNITED ) | |
| STATES ATTORNEYS, ) | |
|     Respondent. ) | |
| _____) | |

## ORDER

Upon consideration of defendant's motion for a extension of time in which to file its renewed motion for summary judgment, it is hereby

ORDERED that defendant shall file its renewed motion on or before September 11, 2006.

Date: _____

                                  UNITED STATES DISTRICT JUDGE