IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MANUEL A. GERONIMO,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Civil Action No. 05-01057 (JDB) |
| | ) |
| **EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,** | ) |
| | ) |
| Respondent. | ) |
| | ) |

### NOTICE OF ERRATA

Respondent respectfully files the attached corrected Certificate of Service, which should accompany its Motion for Extension of Time filed as Docket No. 36 on August 24, 2006, pertaining to its renewed motion for summary judgment. The name on the Certificate of Service filed with its Motion for Extension of Time was changed in the copy sent to Petitioner because AUSA Rhonda Fields was out of the office August 24, 2006, and her paralegal signed the certificate.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
RHONDA C. FIELDS
Assistant United States Attorney
555 Fourth Street, N.W.

Washington, D.C.  20530
202/514-6970

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 25th day of August, 2006, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:

Manuel A. Geronimo
R22893-038
MCI Devens
PO Box 879
Ayer, MA 01432.

                  /s/
                _____
                RICHARD DOLCI
                Paralegal Specialist