CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 24th day of August, 2006, a copy of the foregoing Motion for extension was mailed first class postage prepaid to the defendant pro se

Manuel A. Geronimo
R22893-038
MCI Devens
PO Box 879
Ayer, MA 01432.

                                    /s/

                              Richard Dolci
                              Paralegal Specialist