UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Manuel A. Geronimo, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Executive Office for United States )<br>Attorneys, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-1057 (JDB) |

## DECLARATION OF LYNNE KELLY

I, hereby declare and state the following:

1. I am employed by the Bureau of Prisons ("BOP") as a case manager in the Devens Medical Center located in Ayer, Massachusetts. I have been employed in this position since 1998.

2. I was previously the case manager for inmate Manuel Geronimo (Reg. Number: 22893-038).

3. On August 15, 2006, I received from the Executive Office of United States Attorneys a memorandum opinion and an order from this Court mandating that Mr. Geronimo be provided access to his Pre-Sentence Investigation Report (PSI). I also received a copy of Mr. Geronimo's PSI.

4. Mr. Geronimo was called to my office on that day and was given an opportunity to review these documents. He reviewed them in my office and I then placed them in his inmate central file. I made a notation on the bottom of the letters that came with these documents stating

that the inmate reviewed them which I verified with my initials (LK) and the date (8/15/06).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of September 2006 in Ayer, Massachusetts.

*Lynne Kelly*
Lynne Kelly
Case Manager
FMC Devens