UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Manuel A. Geronimo,<br><br>  Plaintiff,<br><br>  v.<br><br>Executive Office for United States Attorneys,<br><br>  Defendant. | Civil Action No.  05-1057 (JDB) |

ORDER

For the reasons stated in the accompanying Memorandum and in the Memorandum Opinion of July 14, 2006, it is

ORDERED that defendant's unopposed motions for summary judgment [Dkt. Nos. 26, 29, 38] are GRANTED; and it is

FURTHER ORDERED that judgment is entered for defendant.  The Clerk is directed to close the case.  This is a final appealable Order.

s/<br>
JOHN D. BATES<br>
United States District Judge

Dated: November 1, 2006